IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          **Plaintiff,**<br><br>v.<br><br>LESHON EUGENE JOHNSON a/k/a Shon Johnson,<br><br>          **Defendant.** | Case No. 25-CR-12-JFH |

**OPINION AND ORDER**

Before the Court is an Amended Joint Status Report Regarding Production of Discovery ("JSR") filed by the parties. Dkt. No. 40. The Court has reviewed the JSR and has been advised of the discovery status conference held before Magistrate Judge D. Edward Snow on April 1, 2025 ("Conference") and finds that further supplementation is required.

At the Conference, Magistrate Judge Snow reminded the parties of this Court's Chamber Rules, particularly as it relates to discovery. *See* https://www.oked.uscourts.gov/sites/oked/files/JFH%20OKED%20Chambers%20Rules%2003172025.pdf. Magistrate Judge Snow even asked counsel for the Government to read Criminal Chambers Rule 2(b) into the record. This rule provides as follows:

> The JSR should provide a substantive update on the status of discovery including, but not limited to, any materials yet to be produced, any materials requested but not produced, the reason any materials have not been produced, and the anticipated time of any such forthcoming production. If a discovery motion is anticipated, this information should be included in the JSR.

Chambers Rules at p. 3.

Tellingly, the JSR does not state that discovery is complete. If discovery is complete, the parties should so say definitively. Otherwise, the parties are, once again, directed to review this

Court's Chambers Rules and supplement the JSR accordingly. The Court notes that answers to the following basic questions were not provided in the JSR:

1. When does defense counsel intend to complete review of the photographic evidence of the dogs and make a determination regarding the need for an in-person inspection of the dogs?
2. When will the full forensic extraction of the cell phone be provided to the defense?
3. What materials have yet to be produced?
4. What materials have been requested but not yet produced?
5. What is the reason any remaining materials have not yet been produced?
6. When will forthcoming productions occur?

During the Conference, Magistrate Judge Snow explicitly instructed the parties to file a JSR that complies with Chambers Rules, explaining: "It's real simple – tell him everything that is going on with discovery. Tell him what is still out there; when he can expect it…; how it is cataloged; and how it is given to defense counsel. That will assist him in making a decision for his schedule, which is overrun with criminal cases, and also, most likely will inform him whether this case is complex." The JSR filed by the parties fails to satisfy the requirements of Criminal Chambers Rule 2(b) and Magistrate Judge Snow's orders made on the record during the Conference.

## CONCLUSION

IT IS THEREFORE ORDERED that the parties file a robust, supplemental JSR that meets the requirements of Criminal Chambers Rule 2(b) and Magistrate Judge Snow's orders made on the record during the Conference by 5 p.m. on April 3, 2025.

DATED this 2nd day of April 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE