*United States v. Leshon Johnson*, 6:25-cr-12-JFH

Exhibit A to Gov't Mot.
to Admit Business Records

CERTIFICATE OF AUTHENTICITY
OF RECORDS OF A REGULARLY CONDUCTED ACTIVITY

I, [redacted], am a Program Manager at [redacted] is a privately owned business entity that, among other things, contracts with the United States Marshals Service ("USMS") to assist in the court-ordered seizure of dogs involved in dog fighting investigations. Specifically, [redacted] provides handling, transportation, housing, and documentation of dogs seized by the federal government. I am familiar with process of seizing fighting dogs under court order and the documentation created in conjunction with the seizure of the dogs.

[redacted] also trains, houses, and deploys working dogs to the military, law enforcement, and other private business entities.

I submit this certification pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.

I am a Program Manager and custodian of records at [redacted]

I am personally familiar with the record-keeping practices and procedures of this business/organization.

The attached records are records of this business/organization, generated during the performance of activities required under [redacted]s contract with USMS. The attached records pertain to seizure warrants that [redacted] assisted with in Broken Arrow, Oklahoma (25-FBI-000004), and Haskell, Oklahoma (25-FBI-000005), on or about October 17, 2024, and are described as:

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| N/A | Overall Dog Inventory Form – Broken Arrow | OKE 0082 Intake Form 4.pdf (pages 1-2) | MK_0008540-MK_0008541 | 1740 |

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| N/A | Overall Dog Inventory Form – Haskell | OKE 0082 Intake Form 4.pdf (pages 3-12) | MK_0008542-MK_0008551 | 1741 |
| 1742 | Intake exam | 1742.pdf | MK_0009083 | 1742a |
| | Site photo | IMG_2117.JPG | MK_0009104 | 1742b |
| | Exam photos | IMG_3307.JPG<br>IMG_3324.JPG<br>IMG_3327.JPG<br>IMG_3331.JPG<br>IMG_3334.JPG<br>IMG_3355.JPG<br>IMG_3359.JPG<br>IMG_3365.JPG<br>IMG_3372.JPG<br>IMG_3376.JPG | MK_0008595<br>MK_0008612<br>MK_0008615<br>MK_0008619<br>MK_0008622<br>MK_0008643<br>MK_0008647<br>MK_0008653<br>MK_0008660<br>MK_0008664 | 1742c |
| 1743 | Site photo | IMG_2123.JPG | MK_0009117 | 1743b |
| | Exam photo | IMG_3615.JPG | MK_0008684 | 1743c |
| 1744 | Site photo | IMG_2124.JPG | MK_0014093 | 1744b |
| | Exam photo | IMG_3676.JPG | MK_0008745 | 1744c |
| 1745 | Site photo | IMG_2131.JPG | MK_0014117 | 1745b |
| | Exam photo | IMG_1866.JPG | MK_0008815 | 1745c |
| 1746 | Site photo | IMG_2134.JPG | MK_0014128 | 1746b |
| | Exam photo | IMG_3743.JPG | MK_0008887 | 1746c |
| 1747 | Site photo | IMG_2137.JPG | MK_0014140 | 1747b |
| | Exam photo | IMG_3782.JPG | MK_0008926 | 1747c |
| 1748 | Intake exam | 1748.pdf | MK_0009099 | 1748a |
| | Site photo | IMG_2145.JPG | MK_0009193 | 1748b |
| | Exam photos | IMG_3440.JPG<br>IMG_3453.JPG<br>IMG_3455.JPG<br>IMG_3456.JPG<br>IMG_3457.JPG<br>IMG_3458.JPG<br>IMG_3460.JPG<br>IMG_3462.JPG<br>IMG_3465.JPG<br>IMG_3467.JPG<br>IMG_3470.JPG | MK_0008985<br>MK_0008998<br>MK_0009000<br>MK_0009001<br>MK_0009002<br>MK_0009003<br>MK_0009005<br>MK_0009007<br>MK_0009010<br>MK_0009012<br>MK_0009015 | 1748c |

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| | | IMG_3471.JPG<br>IMG_3475.JPG<br>IMG_3478.JPG<br>IMG_3486.JPG<br>IMG_3487.JPG<br>IMG_3489.JPG<br>IMG_3491.JPG<br>IMG_3492.JPG<br>IMG_3498.JPG | MK_0009016<br>MK_0009020<br>MK_0009023<br>MK_0009031<br>MK_0009032<br>MK_0009034<br>MK_0009036<br>MK_0009037<br>MK_0009043 | |
| 1749 | Site photo | DSC_0004.JPG | MK_0010685 | 1749b |
| | Exam photo | IMG_3845.JPG | MK_0009229 | 1749c |
| 1750 | Site photo | DSC_0029.JPG | MK_0010710 | 1750b |
| | Exam photo | IMG_3912.JPG | MK_0009296 | 1750c |
| 1751 | Site photo | DSC_0039.JPG | MK_0010720 | 1751b |
| | Exam photo | IMG_3961.JPG | MK_0009345 | 1751c |
| 1752 | Site photo | DSC_0055.JPG | MK_0010736 | 1752b |
| | Exam photo | IMG_4010.JPG | MK_0009394 | 1752c |
| 1753 | Site photo | DSC_0064.JPG | MK_0010745 | 1753b |
| | Exam photo | IMG_4086.JPG | MK_0009470 | 1753c |
| 1754 | Intake exam | 1754.pdf | MK_0010617 | 1754a |
| | Site photo | DSC_0082.JPG | MK_0010763 | 1754b |
| | Exam photos | IMG_4130.JPG<br>IMG_4145.JPG<br>IMG_4146.JPG<br>IMG_4149.JPG<br>IMG_4155.JPG<br>IMG_4168.JPG<br>IMG_4173.JPG<br>IMG_4181.JPG<br>IMG_4201.JPG | MK_0009514<br>MK_0009529<br>MK_0009530<br>MK_0009533<br>MK_0009539<br>MK_0009552<br>MK_0009557<br>MK_0009565<br>MK_0009584 | 1754c |
| 1755 | Site photo | DSC_0094.JPG | MK_0010775 | 1755b |
| | Exam photo | IMG_4210.JPG | MK_0009593 | 1755c |
| 1756 | Site photo | DSC_0104.JPG | MK_0010785 | 1756b |
| | Exam photo | IMG_4274.JPG | MK_0009657 | 1756c |
| 1757 | Intake exam | 1757 Medical Docs.pdf | MK_0010625 | 1757a |
| | Site photo | DSC_0115.JPG | MK_0010796 | 1757b |
| | Exam photos | IMG_4309.JPG<br>IMG_4321.JPG<br>IMG_4323.JPG | MK_0009692<br>MK_0009704<br>MK_0009706 | 1757c |

| Dog (USM #) | [redacted]Record | [redacted]File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| | | IMG_4325.JPG<br>IMG_4326.JPG<br>IMG_4327.JPG<br>IMG_4329.JPG<br>IMG_4343.JPG<br>IMG_4352.JPG<br>IMG_4356.JPG | MK_0009708<br>MK_0009709<br>MK_0009710<br>MK_0009712<br>MK_0009726<br>MK_0009735<br>MK_0009739 | |
| 1758 | Site photo | DSC_0119.JPG | MK_0010800 | 1758b |
| | Exam photo | IMG_4363.JPG | MK_0009746 | 1758c |
| 1759 | Site photo | DSC_0137.JPG | MK_0010818 | 1759b |
| | Exam photo | IMG_4396.JPG | MK_0009779 | 1759c |
| 1760 | Site photo | DSC_0158.JPG | MK_0010839 | 1760b |
| | Exam photo | IMG_4442.JPG | MK_0009825 | 1760c |
| 1761 | Site photo | DSC_0175.JPG | MK_0010856 | 1761b |
| | Exam photo | IMG_4494.JPG | MK_0009877 | 1761c |
| 1762 | Site photo | DSC_0195.JPG | MK_0010876 | 1762b |
| | Exam photo | IMG_4547.JPG | MK_0009930 | 1762c |
| 1763 | Site photo | DSC_0207.JPG | MK_0010888 | 1763b |
| | Exam photo | IMG_4613.JPG | MK_0009996 | 1763c |
| 1764 | Site photo | DSC_0219.JPG | MK_0010900 | 1764b |
| | Exam photo | IMG_4670.JPG | MK_0010053 | 1764c |
| 1765 | Site photo | DSC_0235.JPG | MK_0010916 | 1765b |
| | Exam photo | IMG_1511.JPG | MK_0010081 | 1765c |
| 1766 | Site photo | DSC_0250.JPG | MK_0010931 | 1766b |
| | Exam photo | IMG_3400.JPG | MK_0010241 | 1766c |
| 1767 | Site photo | DSC_0268.JPG | MK_0010949 | 1767b |
| | Exam photo | IMG_8951.JPG | MK_0010281 | 1767c |
| 1768 | Site photo | DSC_0293.JPG | MK_0010974 | 1768b |
| | Exam photo | IMG_4700.JPG | MK_0010341 | 1768c |
| 1769 | Site photo | DSC_0315.JPG | MK_0010996 | 1769b |
| | Exam photo | IMG_4743.JPG | MK_0010384 | 1769c |
| 1770 | Site photo | DSC_0331.JPG | MK_0011012 | 1770b |
| | Exam photo | IMG_4760.JPG | MK_0010401 | 1770c |
| 1771 | Site photo | DSC_0349.JPG | MK_0011030 | 1771b |
| | Exam photo | IMG_4775.JPG | MK_0010416 | 1771c |
| 1772 | Site photo | DSC_0360.JPG | MK_0011041 | 1772b |
| | Exam photo | IMG_4786.JPG | MK_0010427 | 1772c |
| 1773 | Site photo | DSC_0375.JPG | MK_0011056 | 1773b |

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| | Exam photo | IMG_4820.JPG | MK_0010461 | 1773c |
| 1774 | Site photo | DSC_0400.JPG | MK_0011081 | 1774b |
| | Exam photo | IMG_4838.JPG | MK_0010479 | 1774c |
| 1775 | Intake exam | 1775.pdf | MK_0010678 | 1775a |
| | Site photo | DSC_0422.JPG | MK_0011103 | 1775b |
| | Exam photos | IMG_4880.JPG | MK_0010521 | 1775c |
| | | IMG_4888.JPG | MK_0010529 | |
| | | IMG_4889.JPG | MK_0010530 | |
| | | IMG_4899.JPG | MK_0010540 | |
| | | IMG_4901.JPG | MK_0010542 | |
| | | IMG_4906.JPG | MK_0010547 | |
| | | IMG_4907.JPG | MK_0010548 | |
| | | IMG_4915.JPG | MK_0010556 | |
| | | IMG_4929.JPG | MK_0010570 | |
| 1776 | Site photo | DSC_0440.JPG | MK_0011121 | 1776b |
| | Exam photo | IMG_4939.JPG | MK_0010580 | 1776c |
| 1777 | Intake exam | 1777.pdf | MK_0011369 | 1777a |
| | Site photo | DSC_0471.JPG | MK_0012759 | 1777b |
| | Exam photos | IMG_5020.JPG | MK_0011450 | 1777c |
| | | IMG_5028.JPG | MK_0011458 | |
| | | IMG_5031.JPG | MK_0011461 | |
| | | IMG_5032.JPG | MK_0011462 | |
| | | IMG_5035.JPG | MK_0011465 | |
| | | IMG_5038.JPG | MK_0011468 | |
| | | IMG_5043.JPG | MK_0011473 | |
| | | IMG_5044.JPG | MK_0011474 | |
| | | IMG_5052.JPG | MK_0011482 | |
| | | IMG_5059.JPG | MK_0011489 | |
| | | IMG_5079.JPG | MK_0011509 | |
| | | IMG_5080.JPG | MK_0011510 | |
| 1778 | Site photo | DSC_0500.JPG | MK_0012788 | 1778b |
| | Exam photo | IMG_5095.JPG | MK_0011520 | 1778c |
| 1779 | Site photo | DSC_0517.JPG | MK_0012805 | 1779b |
| | Exam photo | IMG_5136.JPG | MK_0011599 | 1779c |
| 1780 | Site photo | DSC_0532.JPG | MK_0012820 | 1780b |
| | Exam photo | IMG_5166.JPG | MK_0011629 | 1780c |
| 1781 | Site photo | DSC_0549.JPG | MK_0012837 | 1781b |
| | Exam photo | DSC_0008.JPG | MK_0011647 | 1781c |
| 1782 | Site photo | DSC_0563.JPG | MK_0012851 | 1782b |

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| | Exam photo | IMG_5197.JPG | MK_0011663 | 1782c |
| 1783 | Site photo | DSC_0582.JPG | MK_0012870 | 1783b |
| | Exam photo | IMG_5234.JPG | MK_0011699 | 1783c |
| 1784 | Site photo | DSC_0604.JPG | MK_0012892 | 1784b |
| | Exam photo | IMG_5258.JPG | MK_0011723 | 1784c |
| 1785 | Site photo | DSC_0626.JPG | MK_0012914 | 1785b |
| | Exam photo | IMG_5324.JPG | MK_0011785 | 1785c |
| 1786 | Site photo | DSC_0653.JPG | MK_0012941 | 1786b |
| | Exam photo | IMG_5370.JPG | MK_0011831 | 1786c |
| 1787 | Site photo | DSC_0675.JPG | MK_0012963 | 1787b |
| | Exam photo | IMG_5416.JPG | MK_0011877 | 1787c |
| 1788 | Site photo | DSC_0696.JPG | MK_0012984 | 1788b |
| | Exam photo | IMG_5461.JPG | MK_0011922 | 1788c |
| 1789 | Site photo | DSC_0716.JPG | MK_0013004 | 1789b |
| | Exam photo | IMG_5505.JPG | MK_0011983 | 1789c |
| 1790 | Site photo | DSC_0732.JPG | MK_0013020 | 1790b |
| | Exam photo | IMG_5558.JPG | MK_0012036 | 1790c |
| 1791 | Site photo | DSC_0661.JPG | MK_0013040 | 1791b |
| | Exam photo | IMG_5629.JPG | MK_0012090 | 1791c |
| 1792 | Site photo | DSC_0672.JPG | MK_0013051 | 1792b |
| | Exam photo | IMG_5675.JPG | MK_0012136 | 1792c |
| 1793 | Intake exam | 1793.pdf | MK_0011415 | 1793a |
| | Site photo | DSC_0681.JPG | MK_0013060 | 1793b |
| | Exam photos | IMG_5701.JPG | MK_0012162 | 1793c |
| | | IMG_5707.JPG | MK_0012168 | |
| | | IMG_5709.JPG | MK_0012170 | |
| | | IMG_5712.JPG | MK_0012173 | |
| | | IMG_5717.JPG | MK_0012178 | |
| | | IMG_5719.JPG | MK_0012180 | |
| | | IMG_5734.JPG | MK_0012195 | |
| | | IMG_5738.JPG | MK_0012199 | |
| | | IMG_5745.JPG | MK_0012206 | |
| | | IMG_5748.JPG | MK_0012209 | |
| 1794 | Site photo | DSC_0694.JPG | MK_0013073 | 1794b |
| | Exam photo | IMG_5761.JPG | MK_0012222 | 1794c |
| 1795 | Site photo | DSC_0702.JPG | MK_0013081 | 1795b |
| | Exam photo | IMG_5792.JPG | MK_0012253 | 1795c |
| 1796 | Site photo | DSC_0716.JPG | MK_0013095 | 1796b |

| Dog (USM #) | [redacted] Record | [redacted] File Name | Bates # | Govt Trial Ex. # |
|---|---|---|---|---|
| | Exam photo | IMG_5847.JPG | MK_0012305 | 1796c |
| 1797 | Site photo | DSC_0723.JPG | MK_0013102 | 1797b |
| | Exam photo | IMG_5902.JPG | MK_0012360 | 1797c |
| 1798 | Site photo | DSC_0733.JPG | MK_0013112 | 1798b |
| | Exam photo | IMG_5947.JPG | MK_0012404 | 1798c |
| 1799 | Site photo | DSC_0742.JPG | MK_0013121 | 1799b |
| | Exam photo | IMG_5993.JPG | MK_0012450 | 1799c |
| 1800 | Site photo | DSC_0755.JPG | MK_0013134 | 1800b |
| | Exam photo | IMG_6035.JPG | MK_0012492 | 1800c |
| 1801 | Site photo | DSC_0768.JPG | MK_0013147 | 1801b |
| | Exam photo | IMG_6086.JPG | MK_0012543 | 1801c |
| 1802 | Site photo | DSC_0777.JPG | MK_0013156 | 1802b |
| | Exam photo | IMG_6144.JPG | MK_0012601 | 1802c |
| 1803 | Site photo | DSC_0786.JPG | MK_0013165 | 1803b |
| | Exam photo | IMG_6202.JPG | MK_0012659 | 1803c |
| 1804 | Site photo | DSC_0798.JPG | MK_0013177 | 1804b |
| | Exam photo | IMG_6257.JPG | MK_0012714 | 1804c |
| 1805 | Site photo | DSC_0805.JPG | MK_0018438 | 1805b |
| | Exam photo | IMG_6306.JPG | MK_0016603 | 1805c |
| 1806 | Intake exam | 1806.pdf | MK_0016500 | 1806a |
| | Site photo | DSC_0815.JPG | MK_0018450 | 1806b |
| | Exam photos | IMG_9008.JPG | MK_0016640 | 1806c |
| | | IMG_9026.JPG | MK_0016658 | |
| | | IMG_9029.JPG | MK_0016661 | |
| | | IMG_9042.JPG | MK_0016674 | |
| | | IMG_9067.JPG | MK_0016699 | |
| | | IMG_9077.JPG | MK_0016709 | |
| 1807 | Site photo | DSC_0824.JPG | MK_0018457 | 1807b |
| | Exam photo | IMG_6348.JPG | MK_0016719 | 1807c |
| 1808 | Site photo | DSC_0835.JPG | MK_0018468 | 1808b |
| | Exam photo | IMG_9087.JPG | MK_0016761 | 1808c |
| 1809 | Intake exam | 1809.pdf | MK_0016509 | 1809a |
| | Site photo | DSC_0840.JPG | MK_0018474 | 1809b |
| | Exam photos | IMG_6385.JPG | MK_0016801 | 1809c |
| | | IMG_6392.JPG | MK_0016808 | |
| | | IMG_6394.JPG | MK_0016810 | |
| | | IMG_6395.JPG | MK_0016811 | |
| | | IMG_6397.JPG | MK_0016813 | |

| | | | | |
|---|---|---|---|---|
| | | IMG_6398.JPG<br>IMG_6406.JPG<br>IMG_6409.JPG<br>IMG_6412.JPG<br>IMG_6438.JPG<br>IMG_6441.JPG | MK_0016814<br>MK_0016822<br>MK_0016825<br>MK_0016828<br>MK_0016854<br>MK_0016857 | |
| 1810 | Site photo | DSC_0847.JPG | MK_0018480 | 1810b |
| | Exam photo | IMG_9131.JPG | MK_0016868 | 1810c |
| 1811 | Site photo | DSC_0854.JPG | MK_0018487 | 1811b |
| | Exam photo | IMG_9201.JPG | MK_0016938 | 1811c |
| 1812 | Site photo | DSC_0861.JPG | MK_0018494 | 1812b |
| | Exam photo | IMG_9264.JPG | MK_0016997 | 1812c |
| 1813 | Site photo | DSC_0867.JPG | MK_0018500 | 1813b |
| | Exam photo | IMG_9343.JPG | MK_0017074 | 1813c |
| 1814 | Site photo | DSC_0875.JPG | MK_0018508 | 1814b |
| | Exam photo | IMG_9397.JPG | MK_0017128 | 1814c |
| 1815 | Site photo | DSC_0883.JPG | MK_0018516 | 1815b |
| | Exam photo | IMG_9454.JPG | MK_0017185 | 1815c |
| 1816 | Site photo | DSC_0892.JPG | MK_0018525 | 1816b |
| | Exam photo | IMG_9521.JPG | MK_0017250 | 1816c |
| 1817 | Site photo | DSC_0900.JPG | MK_0018533 | 1817b |
| | Exam photo | IMG_9585.JPG | MK_0017308 | 1817c |
| 1818 | Site photo | DSC_0907.JPG | MK_0018540 | 1818b |
| | Exam photo | IMG_9662.JPG | MK_0017384 | 1818c |
| 1819 | Site photo | DSC_0918.JPG | MK_0018551 | 1819b |
| | Exam photo | IMG_6454.JPG | MK_0017443 | 1819c |
| 1820 | Site photo | DSC_0921.JPG | MK_0018554 | 1820b |
| | Exam photo | IMG_9732.JPG | MK_0017495 | 1820c |
| 1821 | Intake exam | 1821.pdf | MK_0016545 | 1821a |
| | Site photo | DSC_0930.JPG | MK_0018563 | 1821b |
| | Exam photos | IMG_9752.JPG<br>IMG_9781.JPG<br>IMG_9782.JPG<br>IMG_9784.JPG<br>IMG_9792.JPG<br>IMG_9797.JPG<br>IMG_9799.JPG<br>IMG_9802.JPG<br>IMG_9803.JPG<br>IMG_9807.JPG<br>IMG_9830.JPG | MK_0017515<br>MK_0017542<br>MK_0017543<br>MK_0017545<br>MK_0017553<br>MK_0017558<br>MK_0017560<br>MK_0017563<br>MK_0017564<br>MK_0017568<br>MK_0017589 | 1821c |
| 1822 | Site photo | DSC_0936.JPG | MK_0018569 | 1822b |

| | | | | |
|---|---|---|---|---|
| | Exam photo | IMG_9844.JPG | MK_0017603 | 1822c |
| 1823 | Site photo | DSC_0940.JPG | MK_0018573 | 1823b |
| | Exam photo | IMG_9888.JPG | MK_0017647 | 1823c |
| 1824 | Exam photo | IMG_9926.JPG | MK_0017685 | 1824c |
| 1825 | Site photo | DSC_0957.JPG | MK_0018578 | 1825b |
| | Exam photo | IMG_6493.JPG | MK_0017715 | 1825c |
| 1826 | Site photo | DSC_0973.JPG | MK_0018594 | 1826b |
| | Exam photo | IMG_9955.JPG | MK_0017785 | 1826c |
| 1827 | Site photo | DSC_0983.JPG | MK_0018604 | 1827b |
| | Exam photo | IMG_0010.JPG | MK_0017832 | 1827c |
| 1828 | Site photo | DSC_0992.JPG | MK_0018613 | 1828b |
| | Exam photo | IMG_0055.JPG | MK_0017877 | 1828c |
| 1829 | Site photo | DSC_0004.JPG | MK_0018622 | 1829b |
| | Exam photo | IMG_0095.JPG | MK_0017917 | 1829c |
| 1830 | Site photo | DSC_0013.JPG | MK_0018633 | 1830b |
| | Exam photo | MG_6556.JPG | MK_0017967 | 1830c |
| 1831 | Site photo | DSC_0022.JPG | MK_0018642 | 1831b |
| | Exam photo | IMG_6597.JPG | MK_0018008 | 1831c |
| 1832 | Intake exam | 1832.pdf | MK_0016575 | 1832a |
| | Site photo | DSC_0036.JPG | MK_0018656 | 1832b |
| | Exam photos | IMG_6633.JPG<br>IMG_6641.JPG<br>IMG_6647.JPG<br>IMG_6650.JPG<br>IMG_6652.JPG<br>IMG_6656.JPG<br>IMG_6673.JPG<br>IMG_6695.JPG | MK_0018044<br>MK_0018052<br>MK_0018058<br>MK_0018061<br>MK_0018063<br>MK_0018067<br>MK_0018084<br>MK_0018106 | 1832c |
| 1833 | Site photo | DSC_0041.JPG | MK_0018661 | 1833b |
| | Exam photo | IMG_0146.JPG | MK_0018111 | 1833c |
| 1834 | Site photo | DSC_0049.JPG | MK_0018669 | 1834b |
| | Exam photo | IMG_6705.JPG | MK_0018169 | 1834c |
| 1835 | Site photo | DSC_0058.JPG | MK_0018678 | 1835b |
| | Exam photo | IMG_6746.JPG | MK_0018210 | 1835c |
| 1836 | Site photo | DSC_0069.JPG | MK_0018689 | 1836b |
| | Exam photo | IMG_1940.JPG | MK_0018249 | 1836c |
| 1837 | Site photo | DSC_0074.JPG | MK_0020498 | 1837b |
| | Exam photo | IMG_6783.JPG | MK_0018304 | 1837c |
| 1838 | Site photo | DSC_0635.JPG | MK_0018706 | 1838b |
| | Exam photo | IMG_6825.JPG | MK_0018346 | 1838c |
| 1839 | Site photo | DSC_0074.JPG | MK_0018714 | 1839b |

| | | | | |
|---|---|---|---|---|
| | Exam photo | IMG_6870.JPG | MK_0018391 | 1839c |
| 1840 | Site photo | DSC_0648.JPG | MK_0020297 | 1840b |
| | Exam photo | IMG_6918.JPG | MK_0018830 | 1840c |
| 1841 | Site photo | DSC_0613.JPG | MK_0020305 | 1841b |
| | Exam photo | IMG_6975.JPG | MK_0018887 | 1841c |
| 1842 | Site photo | DSC_0608.JPG | MK_0020315 | 1842b |
| | Exam photo | IMG_7001.JPG | MK_0018913 | 1842c |
| 1843 | Site photo | DSC_0603.JPG | MK_0020320 | 1843b |
| | Exam photo | IMG_7039.JPG | MK_0018951 | 1843c |
| 1844 | Site photo | DSC_0598.JPG | MK_0020325 | 1844b |
| | Exam photo | IMG_7081.JPG | MK_0018993 | 1844c |
| 1845 | Site photo | DSC_0592.JPG | MK_0020330 | 1845b |
| | Exam photo | IMG_7123.JPG | MK_0019035 | 1845c |
| 1846 | Site photo | DSC_0584.JPG | MK_0020335 | 1846b |
| | Exam photo | IMG_7187.JPG | MK_0019099 | 1846c |
| 1847 | Site photo | DSC_0580.JPG | MK_0020343 | 1847b |
| | Exam photo | IMG_0202.JPG | MK_0019160 | 1847c |
| 1848 | Site photo | DSC_0575.JPG | MK_0020348 | 1848b |
| | Exam photo | IMG_7249.JPG | MK_0019225 | 1848c |
| 1849 | Site photo | DSC_0571.JPG | MK_0020359 | 1849b |
| | Exam photo | IMG_7310.JPG | MK_0019286 | 1849c |
| 1850 | Site photo | DSC_0571.JPG | MK_0020354 | 1850b |
| | Exam photo | IMG_7363.JPG | MK_0019339 | 1850c |

| | | | | |
|---|---|---|---|---|
| 1851 | Site photo | DSC_0565.JPG | MK_0020363 | 1851b |
| | Exam photo | IMG_7408.JPG | MK_0019384 | 1851c |
| 1852 | Site photo | DSC_0558.JPG | MK_0020368 | 1852b |
| | Exam photo | IMG_7442.JPG | MK_0019414 | 1852c |
| 1853 | Site photo | DSC_0558.JPG | MK_0020375 | 1853b |
| | Exam photo | IMG_7475.JPG | MK_0019447 | 1853c |
| 1854 | Site photo | DSC_0558.JPG | MK_0020382 | 1854b |
| | Exam photo | IMG_7509.JPG | MK_0019481 | 1854c |
| 1855 | Intake exam | 1855.pdf | MK_0018773 | 1855a |
| | Site photo | DSC_0555.JPG | MK_0020389 | 1855b |
| | Exam photos | IMG_7544.JPG<br>IMG_7545.JPG<br>IMG_7547.JPG<br>IMG_7548.JPG<br>IMG_7552.JPG | MK_0019516<br>MK_0019517<br>MK_0019519<br>MK_0019520<br>MK_0019524 | 1855c |

| | | | | |
|---|---|---|---|---|
| | | IMG_7558.JPG | MK_0019530 | |
| 1856 | Site photo | DSC_0543.JPG | MK_0020391 | 1856b |
| | Exam photo | IMG_2000.JPG | MK_0019572 | 1856c |
| 1857 | Site photo | DSC_0553.JPG | MK_0020402 | 1857b |
| | Exam photo | IMG_7596.JPG | MK_0019623 | 1857c |
| 1858 | Site photo | DSC_0553.JPG | MK_0020407 | 1858b |
| | Exam photo | IMG_7625.JPG | MK_0019652 | 1858c |
| 1859 | Site photo | DSC_0550.JPG | MK_0020409 | 1859b |
| | Exam photo | IMG_7650.JPG | MK_0019677 | 1859c |
| 1860 | Site photo | DSC_0553.JPG | MK_0020417 | 1860b |
| | Exam photo | IMG_7683.JPG | MK_0019710 | 1860c |
| 1861 | Site photo | DSC_0539.JPG | MK_0020420 | 1861b |
| | Exam photo | IMG_0292.JPG | MK_0019736 | 1861c |
| 1862 | Site photo | DSC_0539.JPG | MK_0020426 | 1862b |
| | Exam photo | IMG_0325.JPG | MK_0019769 | 1862c |
| 1863 | Site photo | DSC_0539.JPG | MK_0020432 | 1863b |
| | Exam photo | IMG_7705.JPG | MK_0019813 | 1863c |
| 1864 | Site photo | DSC_0539.JPG | MK_0020438 | 1864b |
| | Exam photo | IMG_7754.JPG | MK_0019862 | 1864c |
| 1865 | Site photo | DSC_0532.JPG | MK_0020507 | 1865b |
| | Exam photo | IMG_7807.JPG | MK_0019915 | 1865c |
| 1866 | Site photo | DSC_0535.JPG | MK_0020443 | 1866b |
| | Exam photo | IMG_7858.JPG | MK_0019966 | 1866c |
| 1867 | Site photo | DSC_0535.JPG | MK_0020446 | 1867b |
| | Exam photo | IMG_7870.JPG | MK_0019978 | 1867c |
| 1868 | Site photo | DSC_0535.JPG | MK_0020449 | 1868b |
| | Exam photo | IMG_7882.JPG | MK_0019990 | 1868c |
| 1869 | Site photo | DSC_0535.JPG | MK_0020452 | 1869b |
| | Exam photo | IMG_7893.JPG | MK_0020001 | 1869c |
| 1870 | Site photo | DSC_0526.JPG | MK_0020455 | 1870b |
| | Exam photo | IMG_7904.JPG | MK_0020012 | 1870c |
| 1871 | Site photo | DSC_0517.JPG | MK_0020461 | 1871b |
| | Exam photo | IMG_0369.JPG | MK_0020064 | 1871c |
| 1872 | Site photo | DSC_0509.JPG | MK_0020471 | 1872b |
| | Exam photo | IMG_7956.JPG | MK_0020128 | 1872c |
| 1873 | Site photo | DSC_0498.JPG | MK_0020479 | 1873b |
| | Exam photo | IMG_0436.JPG | MK_0020189 | 1873c |
| 1874 | Site photo | DSC_0489.JPG | MK_0020489 | 1874b |
| | Exam photo | IMG_0483.JPG | MK_0020236 | 1874c |
| 1875 | Site photo | DSC_0483.JPG | MK_0022019 | 1875b |

| | | | | |
|---|---|---|---|---|
| | Exam photo | IMG_0544.JPG | MK_0020592 | 1875c |
| 1876 | Site photo | DSC_0475.JPG | MK_0022029 | 1876b |
| | Exam photo | IMG_0592.JPG | MK_0020640 | 1876c |
| 1877 | Site photo | DSC_0462.JPG | MK_0022035 | 1877b |
| | Exam photo | IMG_0632.JPG | MK_0020679 | 1877c |
| 1878 | Intake exam | 1878.pdf | MK_0020520 | 1878a |
| | Site photo | DSC_0451.JPG | MK_0022044 | 1879b |
| | Exam photos | IMG_0660.JPG<br>IMG_0672.JPG<br>IMG_0675.JPG<br>IMG_0684.JPG<br>IMG_0686.JPG<br>IMG_0690.JPG<br>IMG_0693.JPG<br>IMG_0708.JPG<br>IMG_0719.JPG<br>IMG_0724.JPG<br>IMG_0731.JPG | MK_0020707<br>MK_0020719<br>MK_0020722<br>MK_0020731<br>MK_0020733<br>MK_0020737<br>MK_0020740<br>MK_0020755<br>MK_0020766<br>MK-0020771<br>MK_0020778 | 1878c |
| 1879 | Site photo | DSC_0440.JPG | MK_0022055 | 1879b |
| | Exam photo | IMG_0734.JPG | MK_0020781 | 1879c |
| 1880 | Site photo | DSC_0436.JPG | MK_0022065 | 1880b |
| | Exam photo | IMG_0816.JPG | MK_0020863 | 1880c |
| 1881 | Site photo | DSC_0432.JPG | MK_0022069 | 1881b |
| | Exam photo | IMG_0884.JPG | MK_0020931 | 1881c |
| 1882 | Site photo | DSC_0423.JPG | MK_0022076 | 1882b |
| | Exam photo | IMG_0954.JPG | MK_0021001 | 1882c |
| 1883 | Site photo | DSC_0414.JPG | MK_0022085 | 1883b |
| | Exam photo | IMG_1019.JPG | MK_0021066 | 1883c |
| 1884 | Site photo | DSC_0407.JPG | MK_0022099 | 1884b |
| | Exam photo | IMG_1073.JPG | MK_0021120 | 1884c |
| 1885 | Site photo | DSC_0387.JPG | MK_0022106 | 1885b |
| | Exam photo | IMG_1106.JPG | MK_0021153 | 1885c |
| 1886 | Site photo | DSC_0368.JPG | MK_0022120 | 1886b |
| | Exam photo | IMG_1151.JPG | MK_0021198 | 1886c |
| 1887 | Site photo | DSC_0357.JPG | MK_0022139 | 1887b |
| | Exam photo | IMG_1183.JPG | MK_0021228 | 1887c |
| 1888 | Site photo | DSC_0343.JPG | MK_0022153 | 1888b |
| | Exam photo | IMG_3540.JPG | MK_0021275 | 1888c |
| 1889 | Site photo | DSC_0331.JPG | MK_0022167 | 1889b |
| | Exam photo | IMG_1226.JPG | MK_0021300 | 1889c |
| 1890 | Site photo | DSC_0317.JPG | MK_0022178 | 1890b |

| | | | | |
|---|---|---|---|---|
| | Exam photo | IMG_1279.JPG | MK_0021352 | 1890c |
| 1891 | Site photo | DSC_0297.JPG | MK_0022193 | 1891b |
| | Exam photo | IMG_1316.JPG | MK_0021387 | 1891c |
| 1892 | Site photo | DSC_0293.JPG | MK_0022218 | 1892b |
| | Exam photo | DSC_0094.JPG | MK_0021427 | 1892c |
| 1893 | Site photo | DSC_0284.JPG | MK_0022221 | 1893b |
| | Exam photo | IMG_8016.JPG | MK_0021526 | 1893c |
| 1894 | Site photo | DSC_0269.JPG | MK_0022223 | 1894b |
| | Exam photo | IMG_8070.JPG | MK_0021580 | 1894c |
| 1895 | Site photo | DSC_0262.JPG | MK_0022237 | 1895b |
| | Exam photo | IMG_8128.JPG | MK_0021638 | 1895c |

| | | | | |
|---|---|---|---|---|
| 1896 | Site photo | DSC_0253.JPG | MK_0022244 | 1896b |
| | Exam photo | IMG_8192.JPG | MK_0021702 | 1896c |
| 1897 | Site photo | DSC_0235.JPG | MK_0022253 | 1897b |
| | Exam photo | IMG_8235.JPG | MK_0021745 | 1897c |
| 1898 | Site photo | DSC_0225.JPG | MK_0022285 | 1898b |
| | Exam photo | IMG_8285.JPG | MK_0021795 | 1898c |
| 1899 | Site photo | DSC_0209.JPG | MK_0022296 | 1899b |
| | Exam photo | IMG_8329.JPG | MK_0021839 | 1899c |
| 1900 | Site photo | DSC_0198.JPG | MK_0022310 | 1900b |
| | Exam photo | IMG_8369.JPG | MK_0021879 | 1900c |
| 1901 | Site photo | DSC_0185.JPG | MK_0022320 | 1901b |
| | Exam photo | IMG_8417.JPG | MK_0021927 | 1901c |
| 1902 | Site photo | DSC_0173.JPG | MK_0022333 | 1902b |
| | Exam photo | IMG_8465.JPG | MK_0021975 | 1902c |
| 1903 | Site photo | DSC_0159.JPG | MK_0028085 | 1903b |
| | Exam photo | IMG_1349.JPG | MK_0022442 | 1903c |
| 1904 | Site photo | DSC_0147.JPG | MK_0028104 | 1904b |
| | Exam photo | IMG_8508.JPG | MK_0022475 | 1904c |
| 1905 | Site photo | DSC_0131.JPG | MK_0028114 | 1905b |
| | Exam photo | IMG_1384.JPG | MK_0022526 | 1905c |
| 1906 | Site photo | DSC_0118.JPG | MK_0028129 | 1906b |
| | Exam photo | IMG_1517.JPG | MK_0022552 | 1906c |
| 1907 | Site photo | DSC_0097.JPG | MK_0028141 | 1907b |
| | Exam photo | IMG_1561.JPG | MK_0022596 | 1907c |
| 1908 | Site photo | DSC_0081.JPG | MK_0028159 | 1908b |
| | Exam photo | IMG_8562.JPG | MK_0022681 | 1908c |
| 1909 | Site photo | DSC_0067.JPG | MK_0028175 | 1909b |
| | Exam photo | IMG_8619.JPG | MK_0022738 | 1909c |

| | | | | |
|---|---|---|---|---|
| 1910 | Site photo | DSC_0053.JPG | MK_0028189 | 1910b |
| | Exam photo | IMG_8652.JPG | MK_0022771 | 1910c |

| | | | | |
|---|---|---|---|---|
| 1911 | Site photo | DSC_0041.JPG | MK_0028208 | 1911b |
| | Exam photo | IMG_8716.JPG | MK_0022835 | 1911c |
| 1912 | Site photo | DSC_0022.JPG | MK_0028220 | 1912b |
| | Exam photo | IMG_8758.JPG | MK_0022877 | 1912c |
| 1913 | Site photo | DSC_0019.JPG | MK_0028240 | 1913b |
| | Exam photo | IMG_8812.JPG | MK_0022931 | 1913c |
| 1914 | Site photo | DSC_0002.JPG | MK_0028242 | 1914b |
| | Exam photo | IMG_1640.JPG | MK_0023001 | 1914c |
| 1915 | Site photo | DSC_0987.JPG | MK_0028256 | 1915b |
| | Exam photo | IMG_1729.JPG | MK_0023090 | 1915c |
| 1916 | Site photo | DSC_0978.JPG | MK_0028274 | 1916b |
| | Exam photo | IMG_2050.JPG | MK_0023156 | 1916c |
| 1917 | Site photo | DSC_0952.JPG | MK_0028282 | 1917b |
| | Exam photo | IMG_1795.JPG | MK_0023213 | 1917c |
| 1918 | Site photo | DSC_0937.JPG | MK_0028303 | 1918b |
| | Exam photo | IMG_2107.JPG | MK_0023281 | 1918c |
| 1919 | Site photo | DSC_0920.JPG | MK_0028318 | 1919b |
| | Exam photo | IMG_2168.JPG | MK_0023342 | 1919c |
| 1920 | Site photo | DSC_0910.JPG | MK_0028336 | 1920b |
| | Exam photo | IMG_2237.JPG | MK_0023411 | 1920c |
| 1921 | Site photo | DSC_0891.JPG | MK_0028346 | 1921b |
| | Exam photo | IMG_2288.JPG | MK_0023462 | 1921c |
| 1922 | Site photo | DSC_0879.JPG | MK_0028365 | 1922b |
| | Exam photo | IMG_2326.JPG | MK_0023500 | 1922c |
| 1923 | Site photo | DSC_0863.JPG | MK_0028377 | 1923b |
| | Exam photo | IMG_2388.JPG | MK_0023562 | 1923c |
| 1924 | Site photo | DSC_0854.JPG | MK_0028394 | 1924b |
| | Exam photo | IMG_2427.JPG | MK_0023601 | 1924c |
| 1925 | Site photo | DSC_0827.JPG | MK_0028404 | 1925b |
| | Exam photo | IMG_2461.JPG | MK_0023635 | 1925c |
| 1926 | Site photo | DSC_0838.JPG | MK_0028415 | 1926b |
| | Exam photo | MG_2501.JPG | MK_0023675 | 1926c |
| 1927 | Site photo | DSC_0814.JPG | MK_0028430 | 1927b |
| | Exam photo | IMG_2554.JPG | MK_0023727 | 1927c |
| 1928 | Site photo | DSC_0793.JPG | MK_0028445 | 1928b |
| | Exam photo | IMG_2608.JPG | MK_0023781 | 1928c |

| | | | | |
|---|---|---|---|---|
| 1929 | Site photo | DSC_0775.JPG | MK_0028464 | 1929b |

| | | | | |
|---|---|---|---|---|
| | Exam photo | IMG_2686.JPG | MK_0023858 | 1929c |
| 1930 | Site photo | DSC_0760.JPG | MK_0028480 | 1930b |
| | Exam photo | IMG_2740.JPG | MK_0023912 | 1930c |
| 1931 | Site photo | DSC_0748.JPG | MK_0028495 | 1931b |
| | Exam photo | IMG_2817.JPG | MK_0023989 | 1931c |

These records were made at or near the time of the act, event, condition, or opinions recorded therein. The records were made by, or from information transmitted by, a person with knowledge of the act, event, condition, or opinion. The records were made and kept in the course of the regularly-conducted business activity of [redacted] namely, to demonstrate, if needed, that certain injuries and illnesses predated the contractor's custody and were not incurred at its facilities. These. Making these records was a regular practice of that activity.

I certify on penalty of criminal punishment for false statement or false attestation that the foregoing is true and accurate to the best of my knowledge and belief.

4/2/2025
Date

[redacted]
Program Manager, [redacted]