*United States v. Leshon Johnson*, 6:25-cr-12-JFH

Exhibit B to Gov't Mot.
to Admit Business Records

| | | | |
|---|---|---|---|
| SITE: 4351 S. 198th E Ave Broken Arrow, OK 74014 | TEAM: B | CAT ID: 25-FBI-000004 | |
| TEAM DRIVER: Linda McCollum | | DATE: 17 Oct 2024 | |
| PICTURES: Linda McCollum | | ARRIVAL TIME: | |
| VIDEO: Linda McCollum | | FIRST LOAD: | |
| DIAGRAM: Shea Elledge | | TEMP: 40° | |
| INTAKE FORMS: Shea Elledge | | DEPARTURE TIME: | |

| FLAG # | SITE (I/E) | USM# | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 1 | I | 1742 | Mix | Blk | M | 1 | | Very old - Scarred up - Skinny - Barely able to walk |
| 2 | I | 1743 | mix | Blk | M | 3 | | Leather muzzle - Catch Poled - Temp No Kennel Staff |
| 3 | E | 1744 | Mix | Tan | F | 1 | | Breeder -☆Blossom☆ |
| 4 | E | 1745 | mix | Blk/W | M | 2 | | Scarred up |
| 5 | E | 1746 | Mix | Tan | M | 1 | | ☆ Brwn☆ |
| 6 | E | 1747 | Mix | Blk | M | 2 | | leash muzzled when Picked up -☆Bart☆ |
| 7 | E | 1748 | Mix | Tan | M | 3 | | Broke Right foot/Missing Right ear - Double catch Poled |
| 8 | | | | | | | | ☆ NO Kennel Staff ☆ ☆Bernie☆ |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |

*Color: Always list the dominate color first; Blk (Black) Wht (White) Brn (Brown) Tan,Red,Brindle * Breed: GSD (German Shepherd) Lab (Labrador) Mix (Terrier/Pit) Code 1: Friendly,Easy *Code 2: Use caution,Scared *Code 3: Catch pole was used,Aggressive *Use Note section for eye catching details Ex: pregnant,mom w/ babies,open wounds,wounded limb etc...

SITE: 4351 S. 198th E Ave Broken Arrow, OK 74014 DATE: 17OCT2024 TEAM: B TIME:

## ON SITE DIAGRAM

| FLAG # | WATER | FOOD | SHELTER |
|---|---|---|---|
| 1 | yes | N | yes |
| 2 | yes | N | yes |
| 3 | yes | N | yes |
| 4 | yes | N | yes |
| 5 | yes | N | yes |
| 6 | yes | N | yes |
| 7 | yes | N | yes |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |



| SITE: 35.8566092 - 95.70276210 TEAM: | CAT ID: 25-FBI-000005 |
|---|---|
| TEAM DRIVER: NUCKLES | DATE: 17 OCT 2024 |
| PICTURES: NUCKLES | ARRIVAL TIME: |
| VIDEO: NUCKLES | FIRST LOAD: |
| DIAGRAM: MCGRADY | TEMP: |
| INTAKE FORMS: MCGRADY | DEPARTURE TIME: |

| FLAG # | SITE (I/E) | USM# | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 1 | 1749 | E | MIX | TAN | M | | | |
| 2 | 1750 | E | MIX | BLK | F | | | |
| 3 | 1751 | E | MIX | BLK | F | | | |
| 4 | 1752 | E | MIX | TAN | F | | | |
| 5 | 1753 | E | MIX | BRINDLE | F | | | |
| 6 | 1754 | E | MIX | TAN | F | | | |
| 7 | 1755 | E | MIX | TAN | M | | | |
| 8 | 1756 | E | MIX | BLK | F | | | |
| 9 | 1757 | E | MIX | BLK | M | | | |
| 10 | 1758 | E | MIX | TAN | F | | | |
| 11 | 1759 | E | MIX | BRN | F | | | |
| 12 | 1760 | E | MIX | TAN | F | | | |
| 13 | 1761 | E | MIX | W/BL | F | | | Skin irritation |
| 14 | 1762 | E | MIX | TAN | F | | | |
| 15 | 1763 | E | MIX | TAN | F | | | |
| 16 | 1764 | E | MIX | BRINDLE | M | | | |
| 17 | 1765 | E | MIX | TAN | F | | | |
| 18 | 1766 | E | MIX | TAN | F | | | |
| 19 | 1767 | E | MIX | BRINDLE | F | | | |
| 20 | 1768 | E | MIX | BLK | M | | | |
| 21 | 1769 | E | MIX | BRINDLE | M | | | PUPPY |
| 22 | 1770 | E | MIX | TAN | M | | | PUPPY |
| 23 | 1771 | E | MIX | BLK | F | | | PUPPY |
| 24 | 1772 | E | MIX | BLK | F | | | PUPPY |
| 25 | 1773 | E | MIX | RED | F | | | "BUTTONS" PUPPY |
| 26 | 1774 | E | MIX | BLK | F | | | |
| 27 | 1775 | E | MIX | TAN | F | | | |
| 28 | 1776 | E | MIX | BLK | F | | | |

*Color: Always list the dominate color first; Blk (Black) Wht (White) Brn (Brown) Tan,Red,Brindle * Breed: GSD (German Shepherd) Lab (Labrador) Mix (Terrier/Pit ) Code 1: Friendly,Easy *Code 2: Use caution,Scared *Code 3: Catch pole was used,Aggressive *Use Note section for eye catching details Ex: pregnant,mom w/ babies,open wounds,wounded limb etc...

| SITE: | TEAM: | CAT ID: 25-FBI-000005 | |
|---|---|---|---|

| | |
|---|---|
| TEAM DRIVER: | DATE: |
| PICTURES: | ARRIVAL TIME: |
| VIDEO: | FIRST LOAD: |
| DIAGRAM: | TEMP: |
| INTAKE FORMS: | DEPARTURE TIME: |

| FLAG # | SITE (I/E) | USM# | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 29 | 1777 | E | mix | BLK | F | | | |
| 30 | 1778 | E | mix | BLK | F | | | Possible Pregnant |
| 31 | 1779 | E | mix | BRINDLE | F | | | |
| 32 | 1780 | E | mix | TAN | M | | | |
| 33 | 1781 | E | mix | TAN | F | | | |
| 34 | 1782 | E | mix | TAN | M | | | |
| A 35 | 1783 | E | mix | TAN | M | | | END OF QUAD. A |
| 36 | 1784 | E | mix | TAN | M | | | |
| 37 | 1785 | E | mix | BLK | F | | | |
| 38 | 1786 | E | mix | BLK | M | | | |
| 39 | 1787 | E | MIX | BLK | F | | | |
| 40 | 1788 | E | MIX | TAN | F | | | |
| 41 | 1789 | E | MIX | RED | M | | | |
| 42 | 1790 | E | MIX | BLK | F | | | |
| 43 | 1791 | E | MIX | TAN | M | | | |
| 44 | 1792 | E | MIX | BRN | F | | | |
| 45 | 1793 | E | MIX | BLK | M | | | |
| 46 | 1794 | E | mix | BLK | F | | | |
| 47 | 1795 | E | mix | BLK | F | | | |
| 48 | 1796 | E | mix | BLK | M | | | |
| 49 | 1797 | E | mix | BLK | F | | | |
| 50 | 1798 | E | mix | TAN | M | | | |
| 51 | 1799 | E | mix | TAN | F | | | |
| 52 | 1800 | E | mix | BLK | M | | | |
| 53 | 1801 | E | mix | BRINDLE | F | | | |
| 54 | 1802 | E | mix | TAN | F | | | |
| 55 | 1803 | E | mix | TAN | F | | | |
| 56 | 1804 | E | mix | BLK | M | | | Blind |

↑ A

B ↓

*Color: Always list the dominate color first; Blk (Black) Wht (White) Brn (Brown) Tan,Red,Brindle * Breed: GSD (German Shepherd) Lab (Labrador) Mix (Terrier/Pit) Code 1: Friendly,Easy *Code 2: Use caution,Scared *Code 3: Catch pole was used,Aggressive *Use Note section for eye catching details Ex: pregnant,mom w/ babies,open wounds,wounded limb etc...

| SITE: | TEAM: | CAT ID: 25-FBI-000005 |
|---|---|---|

| | |
|---|---|
| TEAM DRIVER: | DATE: |
| PICTURES: | ARRIVAL TIME: |
| VIDEO: | FIRST LOAD: |
| DIAGRAM: | TEMP: |
| INTAKE FORMS: | DEPARTURE TIME: |

| FLAG # | ~~SITE (I/E)~~ USM# | ~~USM#~~ | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 57 | 1805 | | MIX | TAN | M | | | |
| 58 | 1806 | | MIX | BLK | F | | | |
| 59 | 1807 | | MIX | BLK | F | | | |
| 60 | 1808 | | MIX | BLK | F | | | CATCHPOLE |
| 61 | 1809 | | MIX | BLK | F | | | |
| 62 | 1810 | | MIX | TAN | F | | | |
| 63 | 1811 | | MIX | BLK | F | | | |
| 64 | 1812 | | MIX | TAN | M | | | |
| 65 | 1813 | | MIX | BLK | F | | | |
| 66 | 1814 | | MIX | BLK | F | | | |
| 67 | 1815 | | MIX | BRINDLE | M | | | |
| 68 | 1816 | | MIX | BLK | M | | | |
| 69 | 1817 | | MIX | BLK | F | | | |
| 70 | 1818 | | MIX | BLK | F | | | |
| 71 | 1819 | | MIX | BLK | M | | | |
| 72 | 1820 | | MIX | BLK | M | | | |
| 73 | 1821 | | MIX | BLK | M | | | |
| 74 | 1822 | | MIX | BLK | F | | | |
| 75 | 1823 | | MIX | BLK | F | | | |
| 76 | 1824 | | MIX | BRN | F | | | |
| 77 | 1825 | | MIX | BLK | F | | | |
| 78 | 1826 | | MIX | BLK | F | | | |
| 79 | 1827 | | MIX | BLK | F | | | |
| 80 | 1828 | | MIX | BLK | F | | | |
| 81 | 1829 | | MIX | BLK | M | | | |
| 82 | 1830 | | MIX | BLK | F | | | |
| 83 | 1831 | | MIX | BLK | M | | | |
| 84 | 1832 | | MIX | BLK | F | | | |
| 85 | 1833 | | MIX | BRN/TAN | F | | | |
| 86 | 1834 | | MIX | BLK | M | | | |
| 87 | 1835 | | MIX | BLK | F | | | |
| 88 | 1836 | | MIX | BLK | F | | | |
| 89 | 1837 | | MIX | BLK | F | | | |
| 90 | 1838 | | MIX | TAN | F | | | |
| 91 | 1839 | | MIX | TAN | F | | | |

B C

| SITE: 35.8566092 - 95.7027626 | TEAM: | CAT ID: 25-FBI-000005 |
|---|---|---|

| | |
|---|---|
| TEAM DRIVER: NUCKLES | DATE: 17 OCT 2024 |
| PICTURES: NUCKLES | ARRIVAL TIME: |
| VIDEO: McCOLLUM | FIRST LOAD: |
| DIAGRAM: McGRADY | TEMP: |
| INTAKE FORMS: McGRADY | DEPARTURE TIME: |

| FLAG # | SITE (I/E) | USM# | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 92 | 1840 | | | RED | M | | | |
| 93 | 1841 | | | BRINDLE | F | | | |
| 94 | 1842 | | | BLK | F | | | |
| 95 | 1843 | | | BLK | F | | | |
| 96 | 1844 | | | BLK | F | | | |
| 97 | 1845 | | | TAN | F | | | |
| 98 | 1846 | | | BLK | M | | | |
| 99 | 1847 | | | RED | F | | | |
| 100 | 1848 | | | TAN | F | | | |
| 101 | 1849 | | | TAN | M | | | ] paired together; puppies |
| 102 | 1850 | | | TAN | F | | | |
| 103 | 1851 | | | BRINDLE | M | | | |
| 104 | 1852 | | | RED | F | | | ] paired together; puppies |
| 105 | 1853 | | | BLK | F | | | |
| 106 | 1854 | | | TAN | M | | | |
| 107 | 1855 | | | TAN | M | | | |
| 108 | 1856 | | | TAN | F | | | WHELPING MOM ] puppies / mom |
| 109 | 1857 | | | TAN | M | | | |
| 110 | 1858 | | | TAN | M | | | Need to ween |
| 111 | 1859 | | | TAN | M | | | |
| 112 | 1860 | | | TAN | F | | | |
| 113 | 1861 | | | BLK | F | | | ] paired together |
| 114 | 1862 | | | BLK | M | | | |
| 115 | 1863 | | | BLK | M | | | |
| 116 | 1864 | | | BLK | M | | | |
| 117 | 1865 | | | TAN | F | | | ] whelping mom; puppies |
| 118 | 1866 | | | BR | M | | | M |
| 119 | 1867 | | | BR | M | | | M } babies 2 weeks |
| 120 | 1868 | | | BR | M | | | M |
| 121 | 1869 | | | BR | M | | | M |
| 122 | 1870 | | | TAN | F | | | |
| 123 | 1871 | | | RED | F | | | |
| 124 | 1872 | | | WH | M | | | CATCH POLE |
| 125 | 1873 | | | BLK | F | | | |
| 126 | 1874 | | | RED | F | | | |

| SITE: 35.85660092-95.70276210 | TEAM: | CAT ID: 25-FBI-000005 |
|---|---|---|

| | | | |
|---|---|---|---|
| TEAM DRIVER: | NUCKLES | DATE: | 17 OCT 2024 |
| PICTURES: | NUCKLES | ARRIVAL TIME: | |
| VIDEO: | NUCKLES | FIRST LOAD: | |
| DIAGRAM: | MCGRADY | TEMP: | |
| INTAKE FORMS: | MCGRADY | DEPARTURE TIME: | |

| FLAG # | ~~SITE (I/E)~~ USM# | ~~USM#~~ I/E | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 127 1 | 1875 | F | MIX | RED | F | | | |
| 128 2 | 1876 | E | MIX | RED | F | | | |
| 129 3 | 1877 | F | MIX | RED | M | | | |
| 130 4 | 1878 | E | MIX | BLK | M | | | |
| 131 5 | 1879 | F | MIX | RED | F | | | |
| 132 6 | 1880 | E | MIX | RED | F | | | |
| 133 7 | 1881 | E | MIX | BR/W | M | | | |
| 134 8 | 1882 | E | MIX | RED | M | | | |
| 135 9 | 1883 | F | MIX | TAN | F | | | |
| 136 10 | 1884 | E | MIX | RED | F | | | |
| 137 11 | 1885 | E | MIX | BLK | F | | | |
| 138 12 | 1886 | E | MIX | BRINDE | M | | | |
| 139 13 | 1887 | F | MIX | TAN | M | | | |
| 140 14 | 1888 | E | MIX | RED | F | | | |
| 141 15 | 1889 | E | MIX | RED | M | | | |
| 142 16 | 1890 | E | MIX | RED | M | | | |
| 143 17 | 1891 | E | MIX | BRN | F | | | |
| 144 18 | 1892 | E | MIX | BLK | M | | | |
| 145 19 | 1893 | F | MIX | RED | M | | | |
| 146 20 | 1894 | E | MIX | TAN | F | | | |
| 147 21 | 1895 | F | MIX | TAN | M | | | |
| 148 22 | 1896 | E | MIX | TAN/WHT | M | | | |
| 149 23 | 1897 | E | MIX | RED | M | | | WOUNDS |
| 150 24 | 1898 | E | MIX | RED | F | | | |
| 151 25 | 1899 | E | MIX | RED | F | | | |
| 152 26 | 1900 | E | MIX | RED | M | | | |
| 153 27 | 1901 | E | MIX | RED | F | | | |
| 154 28 | 1902 | E | MIX | RED | F | | | |

*Color: Always list the dominate color first; Blk (Black) Wht (White) Brn (Brown) Tan,Red,Brindle * Breed: GSD (German Shepherd) Lab (Labrador) Mix (Terrier/Pit) Code 1: Friendly,Easy *Code 2: Use caution,Scared *Code 3: Catch pole was used,Aggressive *Use Note section for eye catching details Ex: pregnant,mom w/ babies,open wounds,wounded limb etc...

SITE: TEAM: CAT ID: 25-FBI-000005

TEAM DRIVER: DATE:
PICTURES: ARRIVAL TIME:
VIDEO: FIRST LOAD:
DIAGRAM: TEMP:
INTAKE FORMS: DEPARTURE TIME:

| | FLAG # | ~~SITE (I/E)~~ USM# | ~~USM#~~ I/E | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 155 29 | 1903 | E | mix | BRN | F | | | |
| 28 | 156 30 | 1904 | E | mix | W/TAN | F | | | |
| 27 | 157 31 | 1905 | E | mix | BLK | M | | | |
| 26 | 158 32 | 1906 | E | mix | TAN | M | | | |
| 25 | 159 33 | 1907 | E | mix | RED | M | | | |
| 24 | 160 34 | 1908 | E | mix | RED | F | | | Mammory Tumors |
| 23 | 161 35 | 1909 | E | mix | BLK | M | | | |
| 22 | 162 36 | 1910 | E | mix | RED | F | | | |
| 21 | 163 37 | 1911 | E | mix | RED | F | | | |
| 20 | 164 38 | 1912 | E | mix | RED | F | | | |
| 19 | 165 39 | 1913 | E | mix | TAN | F | | | |
| 18 | 166 40 | 1914 | E | mix | RED | F | | | |
| 17 | 167 41 | 1915 | E | mix | RED | F | | | |
| 16 | 168 42 | 1916 | E | mix | RED | F | | | |
| 15 | 169 43 | 1917 | E | mix | TAN | M | | | |
| 14 | 170 44 | 1918 | E | mix | TAN | F | | | |
| 13 | 171 45 | 1919 | E | mix | Tan | F | | | |
| | 172 46 | 1920 | E | mix | Tan | M | | | |
| | 173 47 | 1921 | E | mix | Blk/w | F | 1 | | |
| | 174 48 | 1922 | E | mix | Tan | F | 2 | | |
| | 175 49 | 1923 | E | mix | Tan | M | 1 | | |
| | 176 50 | 1924 | E | mix | Tan | F | 2 | | Growling ★ |
| | 178 51 | 1925 | E | mix | Tan | M | 1 | | |
| | 177 52 | 1926 | E | mix | Blk/w | F | 1 | | |
| | 179 53 | 1927 | E | mix | Tan | F | 2 | | |
| | 180 54 | 1928 | E | mix | Tan/Br | M | 1 | | |
| | 181 55 | 1929 | E | mix | Choclate | F | 1 | | |
| | 182 56 | 1930 | E | mix | Tan | F | 1 | | |

*Color: Always list the dominate color first; Blk (Black) Wht (White) Brn (Brown) Tan,Red,Brindle * Breed: GSD (German Shepherd) Lab (Labrador) Mix (Terrier/Pit) Code 1: Friendly,Easy *Code 2: Use caution,Scared *Code 3: Catch pole was used,Aggressive *Use Note section for eye catching details Ex: pregnant,mom w/ babies,open wounds,wounded limb etc...

| SITE: | TEAM: | CAT ID: 25-FBI-000005 | |
|---|---|---|---|

| | |
|---|---|
| TEAM DRIVER: | DATE: |
| PICTURES: | ARRIVAL TIME: |
| VIDEO: | FIRST LOAD: |
| DIAGRAM: | TEMP: |
| INTAKE FORMS: | DEPARTURE TIME: |

| FLAG # | ~~SITE (I/E)~~ USM# | ~~USM#~~ I/E | BREED | COLOR | SEX | CODE(1-3) | BOX# | NOTES: |
|---|---|---|---|---|---|---|---|---|
| 1835 57 | 1931 | E | mix | Tan | M | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| 66 | | | | | | | | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | | | | | | | | |
| 70 | | | | | | | | |
| 71 | | | | | | | | |
| 72 | | | | | | | | |
| 73 | | | | | | | | |
| 74 | | | | | | | | |
| 75 | | | | | | | | |
| 76 | | | | | | | | |
| 77 | | | | | | | | |
| 78 | | | | | | | | |
| 79 | | | | | | | | |
| 80 | | | | | | | | |
| 81 | | | | | | | | |
| 82 | | | | | | | | |
| 83 | | | | | | | | |
| 84 | | | | | | | | |
| 85 | | | | | | | | |
| 86 | | | | | | | | |
| 87 | | | | | | | | |
| 88 | | | | | | | | |
| 89 | | | | | | | | |
| 90 | | | | | | | | |
| 91 | | | | | | | | |

Site Address: 35.85660092 -95.70276026 **Site Diagram**



A

Site Address: 35.8566092 -95.70276216 **Site Diagram**




B

# Site Diagram

101/102 10

Site Address:

