*United States v. Leshon Johnson*, 6:25-cr-12-JFH

Exhibit C to Gov't Mot.
to Admit Business Records




US 1754















