*United States v. Leshon Johnson*, 6:25-cr-12-JFH

Exhibit D to Gov't Mot.
to Admit Business Records

**Initial Intake Form**

## Scar Chart

**Note:** Ears removed from lateral views so wounds & scars under ears can be diagrammed

**Note:** Recent wounds in **RED;** mark scars in **BLUE**

**Veterinarian:** Dr. Belsito **Date:** 11/4/24
**Form Completed By:** Reb **USM #:** 1754
**Color:** TAN **Sex:** Female

