Gmail

**Courtney Jordan <courtney@sulilawpllc.com>**

---

# Inspection Tomorrow

---

**Brown, Sarah (ENRD)** <Sarah.Brown2@usdoj.gov>
Mon, Apr 14, 2025 at 2:19 PM
To: Courtney Jordan <courtney@sulilawpllc.com>, Tom Wright <tom@wswlaw.com>
Cc: "Eddy, Ethan (ENRD)" <Ethan.Eddy@usdoj.gov>, "Howanitz, Jordan (USAOKE)" <Jordan.Howanitz@usdoj.gov>

Good afternoon,

The address for tomorrow's 9AM inspection is: [redacted]. We have been notified that GPS directions sometimes are not reliable for this location. I am happy to meet you tomorrow at a store about 5 minutes away and provide an escort back to the facility. The facility will have a specific area they would like us to park, so that might be easiest. If that's what you prefer, the store is The Foxfire General Store, [redacted]. This is also the location suggested to use for restrooms, snacks, lunch, etc.

Finally, 178 of the 190 dogs seized will be made available for inspection. While in USMS care, 12 canines either died despite all possible medical intervention or were humanely euthanized to minimize pain and suffering from existing medical conditions. See list below of deceased animals.

25-FBI-000004, USMS-1748
25-FBI-000005, USMS-1794
25-FBI-000005, USMS-1805
25-FBI-000005, USMS-1834
25-FBI-000005, USMS-1855
25-FBI-000005, USMS-1858
25-FBI-000005, USMS-1867
25-FBI-000005, USMS-1869
25-FBI-000005, USMS-1872
25-FBI-000005, USMS-1892
25-FBI-000005, USMS-1902
25-FBI-000005, USMS-1928

See you tomorrow and safe travels.

Thank you.
Sarah