Gmail

Courtney Jordan <courtney@sulilawpllc.com>

# Johnson - Discovery Requests

**Brown, Sarah (ENRD)** <Sarah.Brown2@usdoj.gov> Fri, May 16, 2025 at 2:57 PM
To: Tom Wright <tom@tomwrightlaw.com>, Courtney Jordan <courtney@sulilawpllc.com>
Cc: "Eddy, Ethan (ENRD)" <Ethan.Eddy@usdoj.gov>, "Howanitz, Jordan (USAOKE)" <Jordan.Howanitz@usdoj.gov>

Hi, Courtney and Tom –

Thank you again for jumping on the phone with us this week. Below are our responses to your requests.

1. Request for prior investigations of Mr. Johnson: We have no additional materials to produce. Mr. Johnson's criminal history has been produced. We received a certified copy regarding his guilty plea in state court. Copies are attached.

2. Request for information regarding the USMS use of catch poles and muzzles: We have no additional material to produce. I would point you to the already produced site videos and photographs.

3. Request for the costs of care for the seized dogs: the current cost of care as of this morning is: $2,033,250.88 for the dogs seized from Mr. Johnson's dog yard, and $74,557.16 for the dogs seized from Mr. Johnson's residence. I have attached spreadsheets concerning these expenses. Of note, these spreadsheets only reflect expenses that have been invoiced and paid to date. Additionally, the account for 25-FBI-000004 includes a charge for postage, but that is not a USMS expense related to the cost of care. Although we have alleged forfeiture, the government has not yet made a demand for costs of care in the criminal case. That typically happens at sentencing or during plea negotiations. Accordingly, we are producing this information pursuant to Federal Rule of Evidence 408.

4. Witness Statements: We produced Jencks material in the Government's most recent production. We will continue to produce this material as required by law.

5. Request for "ongoing treatment logs", "diagnostic reports", and "deceased dog records": For the reasons previously discussed, our position is that veterinary records that post-date the already produced initial thorough evaluation of the dogs' condition are not discoverable. In response to your identification of a subset of records that may have Brady value, and out of an abundance of caution, the government produced veterinary records arguably responsive to defense's argument that some of the dogs could have skin conditions resulting in scarring.

Thank you,

Sarah

---

Sarah M. Brown

Trial Attorney

Environmental Crimes Section

Environment and Natural Resources Division

U.S. Department of Justice

202.532.3144

---

**5 attachments**

**Summary of USMS Expenses 25-FBI-000005, 5-16-25.xlsx**
11K

**Summary of USMS Expenses 25-FBI-000004, 5-16-25.xlsx**
11K

**L. Johnson_Order_2006-01-17.pdf**
123K

**L. Johnson_Plea of Guilty and Summary of Facts_2005-12-20.pdf**
695K

**L. Johnson_Sentencing Order_2005-12-20.pdf**
645K