## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CR-012-JFH |
| **LESHON EUGENE JOHNSON,** | |
| **Defendant.** | |

### OPINION AND ORDER

Before the Court is Defendant's Motion for New Trial and Brief in Support, filed pro se. Dkt. No. 216. The Court notes that the Motion does not include a statement as to whether or not opposing counsel objects to the motion and, further, does not include a signature by Defendant's counsel of record.

The Motion is purportedly drafted and signed by Defendant. Defendant is represented by counsel [Dkt. No. 157] who has not signed the Motion. The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motion [Dkt. No. 216] is DENIED WITHOUT PREJUDICE. Any relief requested by Defendant shall be included in a properly filed motion signed by Defendant's counsel, and in compliance with the applicable procedural rules and local rules of this Court.

Dated this 20th day of August 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE