# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit B to Govt.'s Mot. for Upward Variance

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:17-cr-00309(AET) |
| v. | 402 East State Street<br>Trenton, NJ 08608 |
| ANTHONY GAINES, a/k/a "MONTE", Defendant. | March 5, 2018<br>2:12 p.m. |

TRANSCRIPT OF SENTENCING HEARING
BEFORE HONORABLE ANNE E. THOMPSON
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Government:
U.S. Department of Justice
Environmental Crimes Section
By: ETHAN CARSON EDDY, AUSA
601 D Street NW, Room 2412
Washington, DC 20004

Office of the United States Attorney
By: KATHLEEN PATRICIA O'LEARY, AUSA
970 Broad Street, Suite 700
Newark, NJ 07102

For the Defendant:
Law Office of Vincent James LaPaglia
By: VINCENT JAMES LaPAGLIA, ESQ.
51 Newark Street
Hoboken, NJ 07030

Audio Operator: Kimberly Stillman

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@jjcourt.com**

**(609) 586-2311 Fax No. (609) 587-3599**

and other arrests.

The defendant did not finish high school. He does not have his GED. He's done some landscaping, has had period of serious incarceration. So it's a sad backdrop that he comes before the Court for sentencing today.

I accept the guideline range in terms of the calculation and the recommended sentence, to which the Court is not bound, and that's the 24 to 30 months. I am persuaded however that this offense embodies such cruelty, just the enterprise of training dogs to fight, of staging dogs to fight, of keeping dogs in boxes in the basement, of medicating them by people who are not trained in medicine, clearly not professionals, all of the materials that were seized showed how these dogs were treated by these amateurs with all kinds of medications that were for cattle and for other kinds of animals, the very concept of this enterprise of staging dogs to fight each other and kill each other is so despicable and so uncivilized that I think the nature of the offense warrants a variance.

And I appreciate what the defendant has said. He thought this was punishable by probation. That's what he said just a few minutes ago. But I think that explains why the Court has to impose a sentence which communicates that this is not a minor probation sentence. It's not a minor probation offense.

Animal cruelty, gratuitous animal cruelty is a horrible offense, uncivilized, and warrants punishment and deterrence. It's important for society to know that this is a serious offense, that it's a grievous offense, that the animals deserve something better than this.

Now, the Government has indicated that it has requested a variance through some 41 months I think was the figure that was given last, the last time we started this proceeding. There are other defendants who are charged in these enterprises and these conspiracies, and the Government clearly would have had an opportunity to weigh the proportionality of the culpability, and I respect that. I do think it's important always to consider proportionality in imposing sentence.

And so I am going to impose a sentence. I'm going to impose a sentence of 42 months. I'm going to make that consecutive. I don't know what the state court judge is going to do, and clearly there's something going on in terms of rescheduling to look to see what we're doing. I would have thought that that sentence would have gone ahead since it's totally separate. Those offenses are not related to the dog fighting ventures here. There's nothing that suggests that the evidence is the same, that the offenses are the same, that there's any reason to connect the two.

This defendant is before this court for this offense.

But it’s my judgment that this should stand alone, and I don’t know that there’s any way we can quantify really how harmful this crime is, but with some effort to quantify it I’m going to impose the 42 months consecutive as the sentence.

So pursuant to the Sentencing Reform Act of 1984, it’s the judgment of the Court that Mr. Anthony Gaines is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 42 months on Counts 1 and 2. Is the third count also punishable by up to the five years so that they would run concurrent?

MR. EDDY: Yes, Your Honor. The statutory maximum on Count 3 is the same.

THE COURT: For all three. So all counts would be served concurrently, 42 months on each. It will run consecutively to the defendant’s term of incarceration to be imposed by the Superior Court of New Jersey.

Upon release from imprisonment he will be placed on supervisory release for a term of three years. The term consists of three years on each of Counts 1, 2 and 3, all three terms to run concurrently. Within 72 hours of release from the custody he must report in person to the probation office in the district to which he’s released.

While on supervisory release he must not commit another federal, state or local crime. He must not possess a firearm or other dangerous device. He must not possess an

**C E R T I F I C A T I O N**

I, COLETTE MEHESKI, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of my ability.

/s/ Colette Meheski

COLETTE MEHESKI

J&J COURT TRANSCRIBERS, INC. DATE: March 6, 2018