# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit E to Govt.'s Mot. for Upward Variance

# O.Z KNL GRAND CHAMPION HOGG 8XW

| OFFSPRING | SIBLINGS | PEDSTATS | PRINTER FRIENDLY |
|---|---|---|---|



**BREEDER: MMK**
**OWNER: O.Z KNL**
**SEX: MALE**
**COLOR: RED BLACK/NOSE**
**CONDITIONED WEIGHT: 40-41**
**POSTED: 2019-07-13**
**LAST MODIFIED: 2020-01-05**
**PEDIGREE HAS BEEN SEEN: 125575 TIMES**

1- 52 min

2- 1:12
3- 54 min
4- 1:52
5- 47 min
6- 53 Ch clowny http://www.apbt.online-pedigrees.com/public/printPedigree.php?dog_id=569108
7- 1:04
8- 49 min

**STUD FEE $2,500**

malkantknls@gmail.com
https://youtu.be/dKSJN3WWR3E

## 4 GENERATION PEDIGREE

| First | Second | Third | Fourth |
|---|---|---|---|
| (Sire) MAL KANT WAR PONY P.O.R. | MAL KANT KENNELS LYNCH P.O.R | CHICO LOPEZ'S DAMIAN ROM ((FROZEN SEMEN)) | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | STONE CITY KENNELS` BLONDIE (POR) |
| | | SOUTHERN KENNELS' LADY DOLL | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | CH SOUTHERN KENNEL'S DRAGON LADY |
| | MAL KANT FEO | GR CH LATIN FORCE KENNEL'S BARRACUDA (9XW) ROM | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | POWERHOUSE YELLOW GIRL |
| | | SOUTHERN KENNELS' YELLOW GIRL II | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | POWERHOUSE YELLOW GIRL |
| (Dam) MAL KANT CHOCOLATA | MAL KANT KENNELS LYNCH P.O.R | CHICO LOPEZ'S DAMIAN ROM ((FROZEN SEMEN)) | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | STONE CITY KENNELS` BLONDIE (POR) |
| | | SOUTHERN KENNELS' LADY DOLL | GR CH SOUTHERN KENNEL'S MAYDAY ROM |
| | | | CH SOUTHERN KENNEL'S DRAGON LADY |
| | MAL KANT COA COA | CH STONE CITY KENNEL'S JESSE JAMES ROD (4XW) | CH SUPER KENNEL'S 357 (4XW) ROM |
| | | | STONE CITY KNLS BABY |
| | | STONE WALL KENNELS PRINCESS BUCK | GR CH STONE CITY KENNEL'S AWESOME BUCK |
| | | | STONEWALL KNL'S BUCK BABY |

*This information is stored in and generated by: apbt.online-pedigrees.com*

MK_0007844

Gov't Trial Ex.
6:25-cr-12-JFH
24

AMERICAN DOG BREEDERS ASSOCIATION INC.

# KENNEL REGISTRATION

*Certification is awarded to "MALKANT KENNELS" of OKLAHOMA and is hereby registered in the files of the American Dog Breeders Association Inc. and is awarded Exclusive rights to this registered kennel name as of This 20th day of April 2007*

Owner
Leshon Johnson

AMERICAN DOG BREEDERS ASSOC. INC. Since 1909

Kate J. Greenwood

**President – American Dog Breeders Assoc. Inc.**

Gov't Trial Ex.
6:25-cr-12-JFH
28

Pedigree Certificate

# AMERICAN DOG BREEDERS ASSOCIATION INC.

Established 1909

| | | | | |
|---|---|---|---|---|
| MAL KANT'S "HOGG" | K15426AP-88 | | | |
| Breeder's Registered Name | Registered Number | | | Owner's Call Name |
| AMERICAN PIT BULL TERRIER | MALE | AUGUST 11, 2013 | RED | |
| Breed | Sex | Born | Color | |
| MAL KANT KNLS | P.O. BOX 957 | | HASKELL | OKLAHOMA |
| Breeder | Address | | City | State |
| MAL KANT KNLS | P.O. BOX 957 | | HASKELL | OKLAHOMA |
| Owner | Address | | City | State |



| | GRANDPARENTS | GREAT GRANDPARENTS | GREAT GREAT GRANDPARENTS |
|---|---|---|---|
| SIRE MAL KANT'S "WAR PONY" K14568AP-75 | SIRE MAL KANT'S "LYNCH" 98500M-90 | SIRE ^AYCART'S "DAMIAN" 63400L-00 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | RODRIGUEZ' "MISS YELLOW" 4800E-69 |
| | | DAM AYCART'S "LADY DOLL" 72600M-00 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | HOLLINGSWORTH'S "DRAGON LADY" 87700D-85 |
| | DAM AYCART'S "FEO" K13070AP-18 | SIRE AYCART'S "BARRACUDA" 19600J-19 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | PERLES' "YELLOW GIRL" |
| | | DAM AYCART'S "YELLOW GIRL II" 36100H-04 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | PERLES' "YELLOW GIRL" |
| DAM MAL KANT'S "CHOCOLATA" K14569AP-90 | SIRE MAL KANT'S "LYNCH" 98500M-90 | SIRE ^AYCART'S "DAMIAN" 63400L-00 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | RODRIGUEZ' "MISS YELLOW" 4800E-69 |
| | | DAM AYCART'S "LADY DOLL" 72600M-00 | HOLLINGSWORTH'S "CH" MAY-DAY" 87700D-80 |
| | | | HOLLINGSWORTH'S "DRAGON LADY" 87700D-85 |
| | DAM MAL KANT'S "COCO" 10282AP-68 | SIRE STONE CITY'S "JESSIE JAMES" 36000K1-01 | GASTON'S "357" 41000E-15 |
| | | | RODRIGUEZ' "MISS BABY" |
| | | DAM ROBERTS' "PRINCESS BUCK" 10208AP-85 | CONCEPCION'S "AWESOME BUCK" 78400L-42 |
| | | | RAMIREZ' "BUCKBABY" 21200L-74 |

This pedigree is certified to be correct as recorded in the files of the American Dog Breeders Association. The correct registered names of the dogs may be different than other organizations.

^ Indicates DNA Profiled

Gov't Trial Ex.
6:25-cr-12-JFH
33

From: [redacted] (owner)
To: +[redacted] NewtOn ArnOld (J.J)

Hello everyone I'm offering a package deal ONLY 4 for $7500 your choice or 3 for $6000 FOR FROZEN SEMEN. If interested please call or message me . I'm only sending this text to a few close friends . Please DO NOT POST.
Thank you

•Gr. Ch. Alpo
•Gr. Ch. Hogg
•Gr. Ch. Whiskey
•Ch. Luca Brasi
•Ch. Tik Tok
•Ch. Michael
•Ch. Alex Cross
•Ch.Kemosahbe
•Ch. Dart
•Ch. MM
•King Chappo
•Macho Sam
•Bully Boy
•BackDoeJoe
•Haunchday jr
•Wallah
•Crazy Ivan
•Ablizin
•Boot Stomper
•O Dawg
•Lil Lucas
•Solo
•Mayweather
•Lil Boy
•Lil Herc
•Bear Bryant
•Turned up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] NewtOn ArnOld (J.J) | | | |

**Status**: Sent

8/25/2022 3:41:56 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3CFEFC9 (Table: message, Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle, Size: 189431808 bytes)

Gov't Trial Ex.
6.25-cr-12-JFH
157

From: [redacted] (owner)
To: +1[redacted]NewtOn ArnOld (J.J)

RBJ & CROSSES 2022

1) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=785341

2) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=808164

3) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=807456

4) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=812861

5) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=815198

6) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=685588

7) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=815920

8) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=693666

9) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=695388

10) http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=797233

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]NewtOn ArnOld (J.J) | | | |

**Status**: Sent

8/25/2022 3:54:14 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D04FC9 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From[redacted]6 NewtOn ArnOld (J.J)
To: 1[redacted]wner)

Call me ASAP bro
Need information about frozen. I just contacted hospital here to get my bitch blood test. And I'm sending deposit on 2 pups

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 9/2/2022 5:30:12 PM(UTC+0) | |

**Status**: Read

9/2/2022 5:13:58 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D98452 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] (owner)
To: +[redacted]ewtOn ArnOld (J.J)

**Attachments:**




Title: IMG_6287.jpg
Size: 165794
File name: ~/Library/SMS/Attachments/67/07/922B9C8A-B094-482A-A28F-53D1D30F0666/IMG_6287.jpg
~/Library/SMS/Attachments/67/07/922B9C8A-B094-482A-A28F-53D1D30F0666/IMG_6287.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 5:42:39 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D998E7 (Table: message, attachment, handle; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/67/07/922B9C8A-B094-482A-A28F-53D1D30F0666/IMG_6287.jpg : (Size: 165794 bytes)

From: [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Lmaooooo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 9/2/2022 6:02:39 PM(UTC +0) | |

**Status:** Read

9/2/2022 5:44:17 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D996CC (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] (owner)
To: +1[redacted]NewtOn ArnOld (J.J)

Lol what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1[redacted]NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 6:03:54 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D994FF (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Switching to the white lady with the over sea name. Classic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 9/2/2022 6:07:21 PM(UTC+0) | |

**Status:** Read

9/2/2022 6:06:36 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9932A (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: 19183134000 (owner)
To: +12605575566 NewtOn ArnOld (J.J)

Lol that's my wife and her name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 6:07:36 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9AFC9 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Lol...she looking very business like on her profile picture. Tax people ain't gone jump on it too fast

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 9/2/2022 6:12:39 PM(UTC+0) | |

**Status:** Read

9/2/2022 6:12:20 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9A953 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: [redacted] NewtOn ArnOld (J.J)

Yes she owns a big insurance agency here.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 6:13:07 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9A6CB (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From: [redacted] NewtOn ArnOld (J.J)
To: [redacted] ner)

That's what's up! Y'all both got ya hands in them big bags huh? Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 9/2/2022 6:18:47 PM(UTC+0) | |

**Status:** Read

9/2/2022 6:15:36 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9A4B4 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: [redacted] NewtOn ArnOld (J.J)

Lol shiiiddd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 6:18:58 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9A272 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: [redacted] ner)

Yes sirrrrrr

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | 9/2/2022 6:29:42 PM(UTC +0) | |

**Status:** Read

9/2/2022 6:28:27 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9BFC1 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: [redacted] ner)

I'll send that in about a hour

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | 9/2/2022 6:29:42 PM(UTC +0) | |

**Status:** Read

9/2/2022 6:28:41 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9BDE4 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] (owner)
To: + [redacted] lewtOn ArnOld (J.J)

Ok thank you

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/2/2022 6:29:52 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3D9BBED (Table: message Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted]owner)
To: +[redacted]ewtOn ArnOld (J.J)

Did you do that today ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/3/2022 2:27:11 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA7510 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: [redacted]ner)

**Attachments:**




Title: Attachment.jpg
Size: 197077
File name: ~/Library/SMS/Attachments/96/06/1BFD7F6B-1764-4BAD-8FA5-70344EA348CA/Attachment.jpg
~/Library/SMS/Attachments/96/06/1BFD7F6B-1764-4BAD-8FA5-70344EA348CA/Attachment.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 9/3/2022 2:28:32 AM(UTC +0) | |

**Status:** Read

9/3/2022 2:28:19 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA8FC1 (Table: message, handle, attachment; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/96/06/1BFD7F6B-1764-4BAD-8FA5-70344EA348CA/Attachment.jpg : (Size: 197077 bytes)

From [redacted] (owner)
To: +[redacted]NewtOn ArnOld (J.J)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/3/2022 2:28:44 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA8DAE (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: [redacted] ner)

I thought I sent it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 9/3/2022 2:30:24 AM(UTC +0) | |

**Status:** Read

9/3/2022 2:28:55 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA8BD7 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] NewtOn ArnOld (J.J)
To: 1[redacted] ner)

Yep
I'll hit you Tuesday when I'm at the clinic for the frozen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 9/3/2022 2:30:24 AM(UTC+0 ) | |

**Status:** Read

9/3/2022 2:30:16 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA89EC (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: +1[redacted] ewtOn ArnOld (J.J)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

9/3/2022 2:30:32 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3DA8480 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

Fron[redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Man I need that land

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 11/5/2022 12:08:14 AM(UTC+0) | |

**Status:** Read

11/3/2022 1:23:32 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41BEA00 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From[redacted](owner)
To: +[redacted]ewtOn ArnOld (J.J)

One of Dart pups

**Attachments:**



Title: IMG_6809.MOV
Size: 65690767
File name: ~/Library/SMS/Attachments/0f/15/4EE5181E-FC44-41BE-9BA9-C532F85E0716/IMG_6809.MOV
~/Library/SMS/Attachments/0f/15/4EE5181E-FC44-41BE-9BA9-C532F85E0716/IMG_6809.MOV

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]NewtOn ArnOld (J.J) | | | |

**Status:** Sent

11/5/2022 12:09:06 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DA8B4 (Table: message, attachment, handle; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/0f/15/4EE5181E-FC44-41BE-9BA9-C532F85E0716/IMG_6809.MOV : (Size: 65690767 bytes)

From:[redacted](owner)
To: +1[redacted]ewtOn ArnOld (J.J)

Gonna send address so you can meet me at one of my partners then we'll go over n look at pups . Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]vtOn ArnOld (J.J) | | | |

**Status:** Sent

11/5/2022 1:46:49 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DB717 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From: [redacted] (owner)
To: +1[redacted]ewtOn ArnOld (J.J)

**Attachments:**

Title: CL.loc.vcf
Size: 213
File name: ~/Library/SMS/Attachments/ce/14/D4B7383F-58B0-48D9-B480-4D53C3959752/CL.loc.vcf
~/Library/SMS/Attachments/ce/14/D4B7383F-58B0-48D9-B480-4D53C3959752/CL.loc.vcf

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

11/5/2022 1:47:08 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DB493 (Table: message, attachment, handle; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/ce/14/D4B7383F-58B0-48D9-B480-4D53C3959752/CL.loc.vcf : (Size: 213 bytes)

From: [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Ok.....30 miles from hardrock

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 11/5/2022 1:55:14 AM(UTC+0) | |

**Status:** Read

11/5/2022 1:48:27 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DB277 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: +[redacted]ewtOn ArnOld (J.J)

Ok gonna send a hotel for u also

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1[redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

11/5/2022 1:55:30 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DCFC9 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From: [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 1[redacted] | | 11/5/2022 1:56:10 AM(UTC+0) | |

**Status:** Read

11/5/2022 1:56:09 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DCDC0 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: +[redacted] NewtOn ArnOld (J.J)

Motel 6 a new one

18715 E Admiral Pl
Catoosa, OK 74015
United States

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

**Status:** Sent

11/5/2022 1:56:12 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DCBF3 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From: [redacted] NewtOn ArnOld (J.J)
To: 1[redacted]ner)

Pulling up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/5/2022 2:26:30 AM(UTC+0) | |

**Status:** Read

11/5/2022 2:25:56 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DDA52 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From [redacted] (owner)
To: + [redacted] ewtOn ArnOld (J.J)

Where to ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

Status: Sent

11/5/2022 2:26:36 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DD87D (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

Fro [redacted] NewtOn ArnOld (J.J)
To: [redacted] ner)

The address you gave me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/5/2022 2:28:22 AM(UTC+0) | |

Status: Read

11/5/2022 2:28:13 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41DD6A0 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

Fro [redacted] NewtOn ArnOld (J.J)
To: [redacted] er)

Left 30 minutes ago

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/5/2022 1:23:29 PM(UTC+0) | |

Status: Read

11/5/2022 8:36:18 AM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41E2A26 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From: [redacted] (owner)
To: +1[redacted]ewtOn ArnOld (J.J)
Drive safe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] NewtOn ArnOld (J.J) | | | |

Status: Sent

11/5/2022 1:23:37 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41E283F (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8852DA5 (Table: message, handle; Size: 189431808 bytes)

From[redacted]NewtOn ArnOld (J.J)
To: 1[redacted]ner)
Who do you want to breed Fantasia to next? Dart?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/5/2022 8:39:57 PM(UTC+0) | |

Status: Read

11/5/2022 1:39:42 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41E244B (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)

From[redacted]NewtOn ArnOld (J.J)
To: 1[redacted](owner)
Bro, I'm really not feeling this Eminem Male. Still Lil MF don't do nothing but cry, in and out the cage. Smh
And the females just fucking him up.
Can you call me with the other males on the video, when you at the yard. I might come back that way.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/5/2022 10:15:29 PM(UTC+0) | |

Status: Read

11/5/2022 8:44:22 PM(UTC+0)

Source Info:
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41E8662 (Table: message; Size: 189431808 bytes)
00008130-000E59513E8A001C_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x503900 (Table: handle, message; Size: 189431808 bytes)



**Jessica Kharoubeh**

$Jkharoubeh

Gov't Trial Ex.
6.25-cr-12-JFH
158



**Jessica Kharoubeh**

Payment to $Jkharoubeh

# $1,000.00

For $500 For Zorro Female, $500 For Dirty Mary Female

Today at 4:52 PM

✓ Completed

Web Receipt

Source App: Native Messages
Body:
Yes I'll send you what breedings i have ok
-----------------------------
From: +[redacted] NewtOn ArnOld (J.J)
Timestamp: 3/4/2023 5:32:29 AM(UTC+0)
Source App: Native Messages
Body:
Ok, thanks bro
-----------------------------
From: [redacted] NewtOn ArnOld (J.J)
Timestamp: 3/4/2023 10:17:07 PM(UTC+0)
Source App: Native Messages
Body:
?????
-----------------------------
From: [redacted] (owner)
Timestamp: 3/5/2023 12:48:49 AM(UTC+0)
Source App: Native Messages
Body:
http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=7
06317
-----------------------------
From: [redacted] (owner)
Timestamp: 3/5/2023 12:49:43 AM(UTC+0)
Source App: Native Messages
Body:
http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=7
30659
-----------------------------
From: 1[redacted] (owner)
Timestamp: 3/5/2023 12:50:33 AM(UTC+0)
Source App: Native Messages
Body:
http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=8
07489
-----------------------------
From: [redacted] NewtOn ArnOld (J.J)
Timestamp: 3/5/2023 10:24:51 AM(UTC+0)
Source App: Native Messages
Body:
Zorro x Fantasia
I gotta get one of them

I'm trying to make space, all these breedings looking good. Lol
-----------------------------
From: [redacted] NewtOn ArnOld (J.J)
Timestamp: 3/6/2023 2:08:20 AM(UTC+0)
Source App: Native Messages
Body:
I was calling to give you a update. You said y'all like to hear them

Gov't Trial Ex.
6:25-cr-12-JFH
160

----------------------------
From: +[redacted] NewtOn ArnOld (J.J)
Timestamp: 3/6/2023 2:08:38 AM(UTC+0)
Source App: Native Messages
Body:
Warpony x Dirty Mary Pup
----------------------------
From: +[redacted] NewtOn ArnOld (J.J)
Timestamp: 4/4/2023 4:36:02 PM(UTC+0)
Source App: Native Messages
Body:
I sent y'all number to Kingslayer Kennels out of Texas. He wants to breed to Fanatic. He called me about my male of Fanatic, but I told him he's R.I.P.
----------------------------
From: [redacted] (owner)
Timestamp: 4/4/2023 4:55:45 PM(UTC+0)
Source App: Native Messages
Body:
Ok thanks
----------------------------
From: +[redacted] NewtOn ArnOld (J.J)
Timestamp: 4/4/2023 4:57:04 PM(UTC+0)
Source App: Native Messages
Body:
Welcome
----------------------------
From: [redacted]NewtOn ArnOld (J.J)
Timestamp: 4/8/2023 3:48:11 AM(UTC+0)
Source App: Native Messages
Body:
Did he call?
----------------------------
From:[redacted] (owner)
Timestamp: 4/8/2023 3:55:08 AM(UTC+0)
Source App: Native Messages
Body:
Yes
----------------------------
From: [redacted] NewtOn ArnOld (J.J)
Timestamp: 4/8/2023 3:56:48 AM(UTC+0)
Source App: Native Messages
Body:
👍
----------------------------
From: [redacted] NewtOn ArnOld (J.J)
Timestamp: 4/11/2023 7:17:15 PM(UTC+0)
Source App: Native Messages
Body:
Aye Bro, Patti on some bullshit about registering the pups I just sold. Call me
----------------------------
From: [redacted](owner)

From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 12/16/2022 4:27:48 PM(UTC+0)
Source App: WhatsApp
Body:
He didn't make it out of surgery.
FUCK!!!!!
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 12/16/2022 7:22:44 PM(UTC+0)
Source App: WhatsApp
Body:
He swallowed a toy
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/8/2023 6:24:22 PM(UTC+0)
Source App: WhatsApp
Body:
I talked to ol'boy with her litter mate sister. She quit in 25 minutes
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/8/2023 6:24:39 PM(UTC+0)
Source App: WhatsApp
Body:
He is still in Georgia
-----------------------------
From: [redacted]@s.whatsapp.net EL (owner)
Timestamp: 3/9/2023 3:40:58 PM(UTC+0)
Source App: WhatsApp
Body:
?
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/9/2023 4:41:47 PM(UTC+0)
Source App: WhatsApp
Body:
The one we talked about yesterday
Off warpony x dirty mary
-----------------------------
From: [redacted]@s.whatsapp.net EL (owner)
Timestamp: 3/9/2023 10:53:09 PM(UTC+0)
Source App: WhatsApp
Body:
She was hooked or a Roll ?
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/9/2023 10:56:41 PM(UTC+0)
Source App: WhatsApp
Body:
He said OTC.
He loss that money
-----------------------------

Gov't Trial Ex.
6:25-cr-12-JFH
161

From:[redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/9/2023 10:57:25 PM(UTC+0)
Source App: WhatsApp
Body:
1st time 5 min
2nd time 15 min
3rd time quit in 25
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/15/2023 10:29:41 PM(UTC+0)
Source App: WhatsApp
Body:
http://apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=771161
-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/15/2023 10:29:53 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_[redacted]@s.whatsapp.net\attachments20\4bfe53e6-0220-4ec2-96ed-6be22bc41a4b.jpg
Body:

-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/15/2023 10:30:06 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_[redacted]@s.whatsapp.net\attachments20\330578d1-1d42-424e-9094-784945c4af38.jpg
Body:

-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/15/2023 10:30:37 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_[redacted]@s.whatsapp.net\attachments20\4f3942ea-fbf4-4913-a10b-32a45921b716.jpg
Body:

-----------------------------
From: [redacted]@s.whatsapp.net NewtOn ArnOld (J.J)
Timestamp: 3/15/2023 10:30:39 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_[redacted]@s.whatsapp.net\attachments20\0e11c088-9fe8-479c-a8cd-72ab