# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit F to Govt.'s Mot. for Upward Variance

83°

WATCH NOW First at Five




TOP STORIES

# A second man arrested and charged in connection to alleged dogfighting operation

by: Grace Samels
Posted: Aug 1, 2025 / 09:50 PM EDT
Updated: Aug 1, 2025 / 11:12 PM EDT

SHARE

FORT WAYNE, Ind. (WANE) — On Friday, the Vice and Narcotics Division of the Fort Wayne Police arrested another man in connection to an

This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by clicking here.

Accept

These charges follow the arrest of Trevel Bell on Tuesday, when [22 dogs and puppies were rescued] from a suspected dogfighting operation. His charges have been updated from two preliminary counts to 10 counts of purchase or possession of an animal for fighting, a level 6 felony, and an additional one count of possession of animal fighting paraphernalia.

The FWPD and Humane World for Animals worked together on Tuesday to conduct the rescue and arrest.

The dogs are currently receiving care and treatment in an undisclosed location by Humane World for Animals.



Newton Arnold



Trevel Bell

**ADD AS PREFERRED SOURCE ON GOOGLE**

**READ NEXT >**

## This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.