# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit G to Govt.'s Mot. for Upward Variance

**This docket is current through 03/31/2026**

Today's Date: 06/09/2026
Source: Allen Superior Court 6, Allen COUNTY, Indiana

**DISCLAIMER**

This Data is provided for informational purposes only and it is not the official record. For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the **Supplier Additional Terms (see Footer).**

**CASE INFORMATION**

| | |
|---|---|
| **Case Title:** | State of Indiana v. NEWTON ARNOLD |
| **Court:** | Allen Superior Court 6, Allen COUNTY |
| **Case Number:** | 02D06-2508-F4-000089 |
| **Case Type:** | Criminal |
| **Case Subtype:** | Level 4 Felony |
| **Key Nature of Suit:** | Criminal; Felony (150.35) |
| **Date Filed:** | 08/04/2025 |
| **Case Status:** | Pending |
| **Case Status Date:** | 08/04/2025 |

**PARTICIPANT INFORMATION**

**State of Indiana**

| | |
|---|---|
| **Type:** | State Plaintiff |
| **Attorney:** | Michael James McAlexander |
| **Attorney Address:** | 602 South Calhoun Street<br>Fort Wayne, IN 46802 |
| **Attorney Phone:** | 260-449-7641 |
| **Bar Number:** | 998602 |
| **Title:** | Prosecutor |
| **Attorney:** | Rachel Nicole Gschwend |
| **Attorney Address:** | Deputy Prosecuting Attorney<br>602 S Calhoun St<br>Fort Wayne, IN 46802 |
| **Bar Number:** | 3584402 |
| **Title:** | Prosecutor |
| **Attorney:** | Tracy Heltz Noetzel |
| **Attorney Address:** | Allen County Prosecutor's Office<br>602 S Calhoun St<br>Fort Wayne, IN 46802 |
| **Bar Number:** | 1869673 |
| **Title:** | Prosecutor |

**NEWTON ARNOLD**

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

| | |
|---|---|
| **Type:** | Defendant |
| **Address:** | [redacted]<br>FORT WAYNE, IN [redacted] |
| **Sex:** | Male |
| **National Origin:** | Black |
| **Height:** | 69" |
| **Weight:** | 275 lbs |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |
| **Attorney:** | Brian D Williams |
| **Attorney Address:** | 1512 N. Delaware St.<br>Indianapolis, IN 46202 |
| **Attorney Phone:** | 317-500-4857 |
| **Attorney Fax:** | xxxxxxxxxx |
| **Bar Number:** | 2841049 |

**CALENDAR INFORMATION (11)**

| Date/Time: | Description: | Location: | Judge: |
|---|---|---|---|
| 08/18/2026 8:30AM | **Event:** Trials **Minutes:** 0 | | David M. Zent |
| 06/29/2026 8:30AM | **Event:** AM Hearings **Minutes:** 0 | | David M. Zent |
| 05/26/2026 10:00AM | **Event:** 404 Arnold **Minutes:** 0 | | David M. Zent |
| 03/09/2026 8:30AM | **Event:** AM Hearings **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | | David M. Zent |
| 03/02/2026 8:30AM | **Event:** AM Hearings **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Continued | | David M. Zent |
| 02/26/2026 8:30AM | **Event:** AM Hearings **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | | David M. Zent |
| 02/03/2026 8:30AM | **Event:** AM Hearings **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | | MAG. Samuel Keirns |
| 11/03/2025 10:00AM | **Event:** Suppression Hrg. - Arnold **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | | David M. Zent |
| 10/06/2025 9:30AM | **Event:** OH Hearings Levels 1 - 5 **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | | MAG. Samuel Keirns |
| 09/23/2025 9:30AM | **Event:** Revo Hearings **Minutes:** 0 **Miscellaneous** | | MAG. Samuel Keirns |

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

| | | |
|---|---|---|
| 08/06/2025 8:00AM | **Information Relating to this Calendar Event:** Concluded **Event:** Arraignments **Minutes:** 0 **Miscellaneous Information Relating to this Calendar Event:** Commenced and concluded | MAG. Samuel Keirns |

## ARREST AND/OR CITATION INFORMATION

| | |
|---|---|
| **Arresting Agency:** | Fort Wayne Police Department |

## CHARGE OR OFFENSE INFORMATION

| | |
|---|---|
| **Statute Violated:** | IN ST 35-47-4-5(c) |
| **Offense Committed:** | 35-47-4-5(c)/F4: Unlawful Poss. of a Firearm by Serious Violent Felon |
| **Class of Offense:** | Felony 4 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286281 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286282 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286283 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286284 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286285 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286286 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286287 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |

| | |
|---|---|
| **Number of Counts/Crimes:** | 35286288 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286289 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286290 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286291 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286292 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286293 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286294 |
| **Statute Violated:** | IN ST 35-46-3-8 |
| **Offense Committed:** | 35-46-3-8/F6: Purchasing an Animal for Use in a Fighting Contest Purchasing or possessing an animal |
| **Class of Offense:** | Felony 6 |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286295 |
| **Statute Violated:** | IN ST 35-46-3-8.5 |
| **Offense Committed:** | 35-46-3-8.5/MB: Possession of Animal Fighting Paraphernalia |
| **Class of Offense:** | Misdemeanor Class B |
| **Date of Offense:** | 07/29/2025 |
| **Number of Counts/Crimes:** | 35286296 |

## DOCKET PROCEEDINGS (103)

| Date: | Entry #: | Description: | Date Docketed: | Party: |
|---|---|---|---|---|
| 08/18/2026 | | **Description:** Jury Trial **Docket Entry:** H **Judge:** David M. Zent **Time:** 12:33PM **Additional Information:** 4 Days / DMZ | 03/09/2026 | |
| 06/29/2026 | | **Description:** Pretrial Conference **Docket Entry:** H **Judge:** David M. | 03/09/2026 | |

| | | |
|---|---|---|
| | Zent **Time:** 11:27AM **Additional Information:** DMZ | |
| 05/26/2026 | **Description:** Hearing **Docket Entry:** H **Judge:** David M. Zent **Time:** 9:19AM **Additional Information:** 404 / DMZ | 03/18/2026 |
| 03/19/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 7:14AM **Additional Information:** Hearing Scheduling Activity ---- 3/18/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel | 03/19/2026 |
| 03/18/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 9:19AM **Additional Information:** Hearing scheduled for 05/26/2026 at 10:00 AM. | 03/18/2026 |
| 03/12/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:09AM **Additional Information:** Order Granting Motion for Continuance ---- 3/11/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel | 03/12/2026 |
| 03/11/2026 | **Description:** Order Granting Motion for Continuance **Docket Entry:** CE **Judge:** David M. Zent **Time:** 11:08AM | 03/11/2026 |
| 03/10/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 7:09AM **Additional Information:** Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James | 03/10/2026 |

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

| | | |
|---|---|---|
| | McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Hearing Scheduling Activity ---- 3/9/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel | |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:27AM **Additional Information:** Pretrial Conference scheduled for 06/29/2026 at 8:30 AM. | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial originally scheduled on 03/17/2026 at 8:30 AM was rescheduled to 08/18/2026 at 8:30 AM. Reason: By Request. | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 03/18/2026 at 8:30 AM was cancelled. Reason: . | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 03/19/2026 at 8:30 AM was cancelled. Reason: . | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 03/20/2026 at 8:30 AM was cancelled. Reason: . | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 08/19/2026 at 8:30 AM. | 03/09/2026 |
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 08/20/2026 at 8:30 AM. | 03/09/2026 |

| | | | |
|---|---|---|---|
| 03/09/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:29AM **Additional Information:** Jury Trial scheduled for 08/21/2026 at 8:30 AM. | 03/09/2026 | |
| 03/09/2026 | **Description:** Status of Counsel Hearing **Docket Entry:** H **Judge:** David M. Zent **Time:** 9:40AM | 03/02/2026 | |
| 03/05/2026 | **Description:** Automated Paper Notice Issued to Parties **Docket Entry:** CE **Time:** 5:49AM **Additional Information:** Order Granting Motion to Withdraw Appearance ---- 3/4/2026 : NEWTON ARNOLD | 03/05/2026 | |
| 03/05/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:58AM **Additional Information:** Order Granting Motion to Withdraw Appearance ---- 3/4/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel Order Issued ---- 3/4/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel Order Issued ---- 3/4/2026 : Brian D Williams;Michael James McAlexander;Rachel Nicole Gschwend;Tracy Heltz Noetzel | 03/05/2026 | |
| 03/04/2026 | **Description:** Order Granting Motion to Withdraw Appearance **Docket Entry:** CE **Judge:** David M. Zent **Time:** 10:32AM | 03/04/2026 | NEWTON ARNOLD |
| 03/04/2026 | **Description:** Order Issued **Docket Entry:** CE **Judge:** David M. Zent **Time:** 10:38AM **Additional Information:** Attorney Scremin motion to withdraw granted. 404 Hearing canceled. Attorney Status 03/02/2027 at 8:30 a.m. Jury Trail 03/17-20/2026. | 03/04/2026 | |
| 03/04/2026 | **Description:** Order Issued **Docket Entry:** CE **Judge:** David M. Zent **Time:** 12:54PM **Additional Information:** Set for Attorney Status on 3/9/2026 at 8:30 a.m. | 03/04/2026 | |
| 03/03/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 7:02AM **Additional Information:** Hearing Scheduling Activity ---- 3/2/2026 : Brian D Williams;Michael James McAlexander;Rachel | 03/03/2026 | |


© 2026 Thomson Reuters. No claim to original U.S. Government Works.

| | | | |
|---|---|---|---|
| | Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | | |
| 03/02/2026 | **Description:** Appearance Filed **Docket Entry:** CE **Time:** 8:31AM **Additional Information:** Appearance for the Defendant | 03/02/2026 | NEWTON ARNOLD |
| 03/02/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 9:40AM **Additional Information:** Status of Counsel Hearing scheduled for 03/09/2026 at 8:30 AM. | 03/02/2026 | |
| 03/02/2026 | **Description:** Status of Counsel Hearing **Docket Entry:** H **Judge:** David M. Zent **Time:** 9:36AM **Additional Information:** DMZ | 02/26/2026 | |
| 02/27/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 7:13AM **Additional Information:** Hearing Scheduling Activity ---- 2/26/2026 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 02/27/2026 | |
| 02/26/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 8:48AM **Additional Information:** Hearing originally scheduled on 03/02/2026 at 10:00 AM was rescheduled to 03/02/2026 at 8:30 AM. Reason: Court's Own Motion. | 02/26/2026 | |
| 02/26/2026 | **Description:** Hearing on Motion to Withdraw Appearance **Docket Entry:** H **Judge:** David M. Zent **Time:** 10:52AM **Additional Information:** DMZ | 02/24/2026 | |
| 02/25/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:25AM **Additional Information:** Hearing Scheduling Activity ---- 2/24/2026 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 02/25/2026 | |
| 02/24/2026 | **Description:** Motion to Withdraw Appearance Filed **Docket Entry:** CE **Time:** 9:39AM **Additional Information:** Motion to Withdraw | 02/24/2026 | NEWTON ARNOLD |
| 02/24/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 10:52AM **Additional Information:** Hearing on Motion to Withdraw Appearance scheduled for 02/26/2026 at 8:30 AM. | 02/24/2026 | |
| 02/20/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:29AM **Additional Information:** Hearing Scheduling | 02/20/2026 | |

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

| | | | |
|---|---|---|---|
| | Activity ---- 2/19/2026 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | | |
| 02/19/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 9:36AM **Additional Information:** Hearing scheduled for 03/02/2026 at 10:00 AM. | 02/19/2026 | |
| 02/18/2026 | **Description:** Notice to Court Filed **Docket Entry:** CE **Time:** 11:46AM **Additional Information:** Notice of 404b Evidence | 02/18/2026 | State of Indiana |
| 02/13/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 4:57AM **Additional Information:** Order Denying ---- 2/12/2026 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 02/13/2026 | |
| 02/12/2026 | **Description:** Order Denying **Docket Entry:** CE **Judge:** David M. Zent **Time:** 10:23AM **Additional Information:** The Court having reviewed the Defendant's Motion for Written Opinion, now denies that Motion without hearing. | 02/12/2026 | |
| 02/04/2026 | **Description:** Automated Paper Notice Issued to Parties **Docket Entry:** CE **Time:** 6:36AM **Additional Information:** Order Granting Motion to Withdraw Appearance ---- 2/3/2026 : NEWTON ARNOLD | 02/04/2026 | |
| 02/04/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:42AM **Additional Information:** Order Granting Motion to Withdraw Appearance ---- 2/3/2026 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 02/04/2026 | |
| 02/03/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:24AM **Additional Information:** Order Granting Motion for Leave to Amend ---- 2/2/2026 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 02/03/2026 | |
| 02/03/2026 | **Description:** Motion to Withdraw Appearance Filed **Docket Entry:** | 02/03/2026 | NEWTON ARNOLD |

| | | | |
|---|---|---|---|
| | CE **Time:** 8:43AM **Additional Information:** Motion to Withdraw | | |
| 02/03/2026 | **Description:** Judicial Docket Entry **Docket Entry:** CE **Time:** 9:08AM **Additional Information:** PTC held. Parties ready for trial. | 02/03/2026 | |
| 02/03/2026 | **Description:** Order Granting Motion to Withdraw Appearance **Docket Entry:** CE **Judge:** MAG. Samuel Keirns **Time:** 11:56AM | 02/03/2026 | NEWTON ARNOLD |
| 02/03/2026 | **Description:** Pretrial Conference **Docket Entry:** H **Judge:** MAG. Samuel Keirns **Time:** 12:33PM **Additional Information:** DMZ | 01/28/2026 | |
| 02/02/2026 | **Description:** Motion for Leave to Amend Filed **Docket Entry:** CE **Time:** 8:22AM **Additional Information:** Motion to Amend Witness List | 02/02/2026 | State of Indiana |
| 02/02/2026 | **Description:** Order Granting Motion for Leave to Amend **Docket Entry:** CE **Judge:** David M. Zent **Time:** 8:49AM **Additional Information:** Witness List | 02/02/2026 | |
| 02/02/2026 | **Description:** Motion Filed **Docket Entry:** CE **Time:** 11:42AM **Additional Information:** Motion for Written Opinion | 02/02/2026 | NEWTON ARNOLD |
| 01/29/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 7:08AM **Additional Information:** Hearing Scheduling Activity ---- 1/28/2026 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 01/29/2026 | |
| 01/28/2026 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 11:38AM **Additional Information:** Pretrial Conference originally scheduled on 02/03/2026 at 8:30 AM was rescheduled to 02/03/2026 at 8:30 AM. Reason: Court's Own Motion. | 01/28/2026 | |
| 01/14/2026 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:47AM **Additional Information:** Order Granting Motion for Leave to Amend ---- 1/13/2026 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 01/14/2026 | |
| 01/13/2026 | **Description:** Motion for Leave to Amend Filed **Docket Entry:** CE **Time:** 9:58AM **Additional** | 01/13/2026 | State of Indiana |

| | | | |
|---|---|---|---|
| | **Information:** Motion to Amend Witness List | | |
| 01/13/2026 | **Description:** Order Granting Motion for Leave to Amend **Docket Entry:** CE **Judge:** David M. Zent **Time:** 11:19AM **Additional Information:** Witness List | 01/13/2026 | |
| 11/25/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:23AM **Additional Information:** Order Denying ---- 11/24/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 11/25/2025 | |
| 11/24/2025 | **Description:** Order Denying **Docket Entry:** CE **Judge:** David M. Zent **Time:** 12:18PM **Additional Information:** The Court having previously conducted a hearing and taken the Defendant's Motion to Suppress under advisement, now denies that Motion. | 11/24/2025 | |
| 11/06/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:27AM **Additional Information:** Order Granting Motion for Leave to Amend ---- 11/5/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 11/06/2025 | |
| 11/05/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:04AM **Additional Information:** Order Issued ---- 11/4/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin;Tracy Heltz Noetzel | 11/05/2025 | |
| 11/05/2025 | **Description:** Motion for Leave to Amend Filed **Docket Entry:** CE **Time:** 8:18AM **Additional Information:** Motion to Amend Witness List | 11/05/2025 | State of Indiana |
| 11/05/2025 | **Description:** Order Granting Motion for Leave to Amend **Docket Entry:** CE **Judge:** David M. Zent **Time:** 8:49AM **Additional Information:** Witness List | 11/05/2025 | |
| 11/04/2025 | **Description:** Order Issued **Docket Entry:** CE **Judge:** David M. Zent **Time:** 10:50AM **Additional Information:** Hearing held on | 11/04/2025 | |

| | | | |
|---|---|---|---|
| | Motion to Suppress - Taken under advisement | | |
| 11/03/2025 | **Description:** Appearance Filed **Docket Entry:** CE **Time:** 9:22AM **Additional Information:** Appearance - Assigned DPA | 11/03/2025 | State of Indiana |
| 11/03/2025 | **Description:** Hearing on Motion to Suppress **Docket Entry:** H **Judge:** David M. Zent **Time:** 8:07AM **Additional Information:** DMZ | 10/24/2025 | |
| 10/25/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 2:45AM **Additional Information:** Hearing Scheduling Activity ---- 10/24/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 10/25/2025 | |
| 10/24/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 8:07AM **Additional Information:** Hearing on Motion to Suppress scheduled for 11/03/2025 at 10:00 AM. | 10/24/2025 | |
| 10/09/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:10AM **Additional Information:** Order Issued ---- 10/8/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 10/09/2025 | |
| 10/08/2025 | **Description:** Order Issued **Docket Entry:** CE **Judge:** MAG. Samuel Keirns **Time:** 9:24AM **Additional Information:** Trial Setting/Omnibus Hearing | 10/08/2025 | |
| 10/07/2025 | **Description:** Notice Issued **Docket Entry:** CE **Time:** 12:31AM **Additional Information:** Notice Sent To: ROBISON, CHELSEA (BAIL AGENT NOTIFIED PURSUANT TO IC 27-10-2-8) | 10/07/2025 | |
| 10/07/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:24AM **Additional Information:** Hearing Scheduling Activity ---- 10/6/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin Hearing Scheduling Activity ---- 10/6/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin Hearing Scheduling Activity ---- 10/6/2025 : Christopher | 10/07/2025 | |

| | | | |
|---|---|---|---|
| | Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin Hearing Scheduling Activity ---- 10/6/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin Hearing Scheduling Activity ---- 10/6/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | | |
| 10/06/2025 | **Description:** Motion to Suppress Filed **Docket Entry:** CE **Time:** 8:51AM **Additional Information:** Motion to Suppress and For an Order for the Return of Defendants Dogs | 10/06/2025 | NEWTON ARNOLD |
| 10/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 12:33PM **Additional Information:** Jury Trial scheduled for 03/17/2026 at 8:30 AM. | 10/06/2025 | |
| 10/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 12:33PM **Additional Information:** Jury Trial scheduled for 03/18/2026 at 8:30 AM. | 10/06/2025 | |
| 10/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 12:33PM **Additional Information:** Jury Trial scheduled for 03/19/2026 at 8:30 AM. | 10/06/2025 | |
| 10/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 12:33PM **Additional Information:** Jury Trial scheduled for 03/20/2026 at 8:30 AM. | 10/06/2025 | |
| 10/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 12:33PM **Additional Information:** Pretrial Conference scheduled for 02/03/2026 at 8:30 AM. | 10/06/2025 | |
| 10/06/2025 | **Description:** Hearing **Docket Entry:** H **Judge:** MAG. Samuel Keirns **Time:** 9:48AM **Additional Information:** Omni / DMZ | 08/06/2025 | |
| 10/02/2025 | **Description:** Motion to Suppress Filed **Docket Entry:** CE **Time:** 3:43PM **Additional Information:** Motion to Suppress | 10/02/2025 | NEWTON ARNOLD |
| 09/23/2025 | **Description:** Miscellaneous Motions **Docket Entry:** H **Judge:** MAG. Samuel Keirns **Time:** 2:14PM **Additional Information:** State's Petition to collect DNA | 09/16/2025 | |

| | | | |
|---|---|---|---|
| 09/17/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:46AM **Additional Information:** Hearing Scheduling Activity ---- 9/16/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin Hearing Scheduling Activity ---- 9/16/2025 : Christopher Carson Myers;Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 09/17/2025 | |
| 09/16/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 2:14PM **Additional Information:** Miscellaneous Motions scheduled for 09/23/2025 at 8:30 AM. | 09/16/2025 | |
| 09/16/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 2:15PM **Additional Information:** Miscellaneous Motions originally scheduled on 09/23/2025 at 8:30 AM was rescheduled to 09/23/2025 at 9:30 AM. Reason: Data Entry Error. | 09/16/2025 | |
| 08/27/2025 | **Description:** Order to Release From Custody **Docket Entry:** CE **Time:** 11:16AM | 08/27/2025 | |
| 08/22/2025 | **Description:** Appearance Filed **Docket Entry:** CE **Time:** 3:27PM **Additional Information:** Limited Notice of Apperance | 08/22/2025 | NEWTON ARNOLD |
| 08/20/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:27AM **Additional Information:** Order Granting ---- 8/19/2025 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 08/20/2025 | |
| 08/19/2025 | **Description:** Petition Filed **Docket Entry:** CE **Time:** 11:23AM **Additional Information:** Petition for Order Compelling DNA Sample | 08/19/2025 | State of Indiana |
| 08/19/2025 | **Description:** Order Granting **Docket Entry:** CE **Judge:** MAG. Samuel Keirns **Time:** 12:00PM **Additional Information:** Petition for Order Compelling DNA Sample granted. | 08/19/2025 | |
| 08/11/2025 | **Description:** Witness and/or Exhibit List Filed **Docket Entry:** CE **Time:** 11:15AM **Additional Information:** Witness List | 08/11/2025 | State of Indiana |
| 08/09/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 3:27AM **Additional Information:** Order on Initial | 08/09/2025 | |

| | | | |
|---|---|---|---|
| | Hearing ---- 8/8/2025 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | | |
| 08/08/2025 | **Description:** Order on Initial Hearing **Docket Entry:** CE **Judge:** MAG. Samuel Keirns **Time:** 3:17PM | 08/08/2025 | |
| 08/07/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 6:28AM **Additional Information:** Hearing Scheduling Activity ---- 8/6/2025 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 08/07/2025 | |
| 08/07/2025 | **Description:** Order for Monitored Conditional Release **Docket Entry:** CE **Judge:** Frances C Gull **Time:** 3:26PM | 08/07/2025 | |
| 08/06/2025 | **Description:** Automated ENotice Issued to Parties **Docket Entry:** CE **Time:** 5:57AM **Additional Information:** Hearing Scheduling Activity ---- 8/5/2025 : Michael James McAlexander;Rachel Nicole Gschwend;Robert Cliff Scremin | 08/06/2025 | |
| 08/06/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 9:48AM **Additional Information:** Hearing scheduled for 10/06/2025 at 9:30 AM. | 08/06/2025 | |
| 08/06/2025 | **Description:** Initial Hearing **Docket Entry:** H **Judge:** MAG. Samuel Keirns **Time:** 9:03AM **Additional Information:** Omni 10/06/2025 FCG/DMZ | 08/05/2025 | |
| 08/05/2025 | **Description:** Appearance Filed **Docket Entry:** CE **Time:** 8:32AM **Additional Information:** Notice of Appearance | 08/05/2025 | NEWTON ARNOLD |
| 08/05/2025 | **Description:** Hearing Scheduling Activity **Docket Entry:** CE **Time:** 9:03AM **Additional Information:** Initial Hearing scheduled for 08/06/2025 at 8:00 AM. | 08/05/2025 | |
| 08/05/2025 | **Description:** Surety Bond Entered in Clerk's Office **Docket Entry:** CE **Time:** 10:24AM | 08/05/2025 | |
| 08/05/2025 | **Description:** Appearance Filed **Docket Entry:** CE **Time:** 11:32AM **Additional Information:** Appearance - Assigned DPA | 08/05/2025 | State of Indiana |
| 08/05/2025 | **Description:** Probable Cause Found: Order Issued **Docket Entry:** CE **Judge:** MAG. Samuel Keirns **Time:** 3:16PM | 08/05/2025 | |
| 08/05/2025 | **Description:** Notice Issued **Docket Entry:** CE **Time:** 3:17PM | 08/05/2025 | |


© 2026 Thomson Reuters. No claim to original U.S. Government Works.

| | | | |
|---|---|---|---|
| 08/04/2025 | **Description:** Case Opened as a New Filing **Docket Entry:** CE **Time:** 11:59AM | 08/04/2025 | |
| 08/04/2025 | **Description:** Case Filed Electronically **Docket Entry:** CE **Time:** 11:59AM **Additional Information:** Added By EFile Manager | 08/04/2025 | |
| 08/04/2025 | **Description:** Information Filed **Docket Entry:** CE **Time:** 12:02PM **Additional Information:** Information | 08/04/2025 | State of Indiana |
| 08/04/2025 | **Description:** Probable Cause Affidavit Filed **Docket Entry:** CE **Time:** 12:02PM **Additional Information:** Arnold, Newton PC.pdf | 08/04/2025 | State of Indiana |
| 08/04/2025 | **Description:** Probable Cause Affidavit Filed **Docket Entry:** CE **Time:** 12:02PM **Additional Information:** Arnold, Newton PC REDACTED.pdf | 08/04/2025 | State of Indiana |

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.