# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit H to Govt.'s Mot. for Upward Variance

**Paper Pedigrees (Registration Certificates)**

| Dog Name | Breeder | DOB | Date Issued | Approx Age (at time of seizure) | Date of Seizure |
|---|---|---|---|---|---|
| Weirdo Bob | Victor Aycart | 4/6/2005 | 7/2/2008 | 19.5 | 10/17/2024 |
| Lisa | Terrance Burke | 12/9/2005 | 5/9/2014 | 18.9 | 10/17/2024 |
| Shooter Jennings | Shawn E Cannon | 1/3/2006 | 1/8/2019 | 18.8 | 10/17/2024 |
| Jack Black | Jim Little | 4/26/2007 | 1/18/2013 | 17.5 | 10/17/2024 |
| May Lou | Rubin Conley | 6/17/2007 | 12/23/2010 | 17.3 | 10/17/2024 |
| Ledger | G Force Knls | 8/12/2007 | 1/18/2016 | 17.2 | 10/17/2024 |
| Pearl Jam | MK | 10/7/2007 | 4/6/2010 | 17.0 | 10/17/2024 |
| Sheryl Crow | MK | 12/15/2007 | 4/6/2010 | 16.9 | 10/17/2024 |
| Auntie | Douglas Newsome | 4/25/2008 | 2/18/2016 | 16.5 | 10/17/2024 |
| Crazy Ivan | Dragonfire Kennels | 5/21/2008 | 7/8/2015 | 16.4 | 10/17/2024 |
| Lavina | Piero Ortiz-Mori | 7/10/2008 | 4/30/2015 | 16.3 | 10/17/2024 |
| Shorty Red | Piero Ortiz-Mori | 2/19/2009 | 4/20/2015 | 15.7 | 10/17/2024 |
| Loco | Piero Ortiz-Mori | 3/7/2009 | 5/13/2014 | 15.6 | 10/17/2024 |
| Billy Ray | Piero Ortiz-Mori | 8/21/2009 | 1/18/2013 | 15.2 | 10/17/2024 |
| Geronimo | MK | 9/14/2009 | 8/19/2015 | 15.1 | 10/17/2024 |
| Jocko Buck | Albert Ramirez | 1/21/2010 | 2/19/2016 | 14.7 | 10/17/2024 |
| Pinky | Jason Duncker | 5/22/2010 | 5/13/2014 | 14.4 | 10/17/2024 |
| Vesuvius | Charles M Goode | 6/15/2010 | 5/9/2014 | 14.4 | 10/17/2024 |
| Sweetie Pie | Nick Lackovich | 7/6/2010 | 5/22/2014 | 14.3 | 10/17/2024 |
| Rosetta Stone | MK | 7/17/2010 | 5/13/2014 | 14.3 | 10/17/2024 |
| Piedra | MK | 7/17/2010 | 5/13/2014 | 14.3 | 10/17/2024 |
| Keystone | MK | 7/17/2010 | 2/18/2018 | 14.3 | 10/17/2024 |
| Keystone | MK | 7/17/2010 | 6/3/2014 | 14.3 | 10/17/2024 |
| Credito | MK | 7/25/2010 | 5/13/2014 | 14.2 | 10/17/2024 |
| Lil Red Girl | James R Smith | 10/1/2010 | 5/9/2014 | 14.1 | 10/17/2024 |
| Cangrejo | Piero Ortiz-Mori | 12/25/2010 | 5/13/2014 | 13.8 | 10/17/2024 |
| Nicki Minaj | Mary Seay | 1/2/2011 | 1/18/2016 | 13.8 | 10/17/2024 |
| Painkiller | David Grace | 1/19/2011 | 11/13/2018 | 13.8 | 10/17/2024 |
| ISIS | MK | 3/5/2011 | 1/28/2021 | 13.6 | 10/17/2024 |

| | | | | | |
|---|---|---|---|---|---|
| ISIS | MK | 3/5/2011 | 10/7/2011 | 13.6 | 10/17/2024 |
| Blanca | Jim Little | 7/4/2011 | 5/22/2014 | 13.3 | 10/17/2024 |
| Army | Donald Murphy | 8/15/2011 | 2/18/2016 | 13.2 | 10/17/2024 |
| Black Ice | Shawn E Cannon | 9/23/2011 | 7/6/2018 | 13.1 | 10/17/2024 |
| Night Prowler | Shawn E Cannon | 9/23/2011 | 1/18/2016 | 13.1 | 10/17/2024 |
| Comanche | Charles M Goode | 10/13/2011 | 2/11/2013 | 13.0 | 10/17/2024 |
| Waldo | Shawn E Cannon | 11/11/2011 | 1/8/2019 | 12.9 | 10/17/2024 |
| Ming | James Johnston | 3/9/2012 | 3/8/2016 | 12.6 | 10/17/2024 |
| Hannah | Piero Ortiz-Mori | 3/21/2012 | 4/30/2015 | 12.6 | 10/17/2024 |
| Red Iris | Pit Island Knls | 3/28/2012 | 12/11/2013 | 12.6 | 10/17/2024 |
| Macha Bear Loca | Albert Ramirez | 4/2/2012 | 2/18/2018 | 12.6 | 10/17/2024 |
| Macha Bear Loca | Albert Ramirez | 4/2/2012 | 6/3/2014 | 12.6 | 10/17/2024 |
| War Pony | MK | 4/9/2012 | 5/13/2014 | 12.5 | 10/17/2024 |
| Lady Red | MK | 5/15/2012 | 2/22/2016 | 12.4 | 10/17/2024 |
| Truck Driver | MK | 7/25/2012 | 2/22/2017 | 12.2 | 10/17/2024 |
| Momma | Jim Little | 8/13/2012 | 9/22/2015 | 12.2 | 10/17/2024 |
| Sam-28 | De Andre Lembrick | 9/30/2012 | 9/15/2021 | 12.1 | 10/17/2024 |
| Sam-28 | De Andre Lembrick | 9/30/2012 | 5/29/2018 | 12.1 | 10/17/2024 |
| Jada | Malcom Volsan | 10/25/2012 | 3/21/2013 | 12.0 | 10/17/2024 |
| Django | Hellz Comin Knls | 12/10/2012 | 1/20/2021 | 11.9 | 10/17/2024 |
| Django | Hellz Comin Knls | 12/10/2012 | 6/6/2013 | 11.9 | 10/17/2024 |
| Black Hawk | Hellz Comin Knls | 12/10/2012 | 6/6/2013 | 11.9 | 10/17/2024 |
| Dolly | Murderers Row Knls | 12/12/2012 | 2/18/2016 | 11.9 | 10/17/2024 |
| Grizzly | Brandon K Sherman | 1/26/2013 | 2/18/2018 | 11.7 | 10/17/2024 |
| Diva Day | Brandon K Sherman | 1/26/2013 | 6/18/2013 | 11.7 | 10/17/2024 |
| Grizzly | Brandon K Sherman | 1/26/2013 | 6/18/2013 | 11.7 | 10/17/2024 |
| Vicky | MK | 2/27/2013 | 5/18/2016 | 11.6 | 10/17/2024 |
| Milly | Joe Moore | 3/9/2013 | 2/18/2018 | 11.6 | 10/17/2024 |
| Milly | Joe Moore | 3/9/2013 | 5/15/2013 | 11.6 | 10/17/2024 |
| Regina | MK | 3/12/2013 | 2/22/2016 | 11.6 | 10/17/2024 |
| Pistole | Joe Moore | 4/4/2013 | 6/3/2013 | 11.5 | 10/17/2024 |
| Yolo | MK | 5/5/2013 | 2/22/2017 | 11.5 | 10/17/2024 |
| Back Doe Lil Joe | MK | 5/25/2013 | 5/5/2015 | 11.4 | 10/17/2024 |

| | | | | | |
|---|---|---|---|---|---|
| Yellow Day | John Brown | 5/30/2013 | 2/18/2018 | 11.4 | 10/17/2024 |
| Haunchday Jr | John Brown | 5/30/2013 | 1/28/2021 | 11.4 | 10/17/2024 |
| Kilo | MK | 5/30/2013 | 4/29/2020 | 11.4 | 10/17/2024 |
| Yellow Day | John Brown | 5/30/2013 | 2/18/2018 | 11.4 | 10/17/2024 |
| Hauchyday Jr | John Brown | 5/30/2013 | 7/15/2015 | 11.4 | 10/17/2024 |
| Yellow Day | John Brown | 5/30/2013 | 10/31/2013 | 11.4 | 10/17/2024 |
| Chonda | Joel Medina Torres | 6/19/2013 | 6/8/2016 | 11.3 | 10/17/2024 |
| Big Al | Michael MC Hardie | 7/1/2013 | 9/16/2020 | 11.3 | 10/17/2024 |
| Hogg | MK | 8/11/2013 | 4/27/2020 | 11.2 | 10/17/2024 |
| Jango | Lawrence Freeman | 9/4/2013 | 2/18/2018 | 11.1 | 10/17/2024 |
| Boot Stomper | George Scoates | 9/7/2013 | 9/25/2020 | 11.1 | 10/17/2024 |
| Black Friday | MK | 10/1/2013 | 5/2/2016 | 11.1 | 10/17/2024 |
| Kid Rock | MK | 10/8/2013 | 2/22/2017 | 11.0 | 10/17/2024 |
| Black Machete | Hellz Comin Knls | 10/8/2013 | 11/4/2013 | 11.0 | 10/17/2024 |
| King Chappo | Openhouse Knls | 10/26/2013 | 7/16/2018 | 11.0 | 10/17/2024 |
| Miss Buck | MK | 11/10/2013 | 2/18/2018 | 10.9 | 10/17/2024 |
| Miss Buck | MK | 11/10/2013 | 2/18/2018 | 10.9 | 10/17/2024 |
| Ducati | Hellz Comin Knls | 12/2/2013 | 10/12/2023 | 10.9 | 10/17/2024 |
| Gemma | Hellz Comin Knls | 12/2/2013 | 1/16/2014 | 10.9 | 10/17/2024 |
| Ducati | Hellz Comin Knls | 12/2/2013 | 1/16/2014 | 10.9 | 10/17/2024 |
| Red Momma | MK | 12/29/2013 | 2/18/2018 | 10.8 | 10/17/2024 |
| Twila | Michael Rivera | 1/28/2014 | 5/1/2015 | 10.7 | 10/17/2024 |
| Tequila | Brandon K Sherman | 3/26/2014 | 2/18/2016 | 10.6 | 10/17/2024 |
| Negra | Piero Ortiz-Mori | 4/3/2014 | 4/30/2015 | 10.5 | 10/17/2024 |
| Ablizin | Andrew Cato | 5/19/2014 | 1/8/2019 | 10.4 | 10/17/2024 |
| Maryrose | MK | 5/19/2014 | 5/2/2016 | 10.4 | 10/17/2024 |
| D-Man | MK | 6/1/2014 | 2/18/2018 | 10.4 | 10/17/2024 |
| Rosie | Piero Ortiz-Mori | 6/5/2014 | 4/30/2015 | 10.4 | 10/17/2024 |
| Luca Brasi | Snakehorn Knls | 6/14/2014 | 11/10/2020 | 10.4 | 10/17/2024 |
| D Boy | MK | 6/15/2014 | 2/22/2017 | 10.3 | 10/17/2024 |
| Miley | Sam Hicks | 7/18/2014 | 2/11/2016 | 10.3 | 10/17/2024 |
| Left Eye | MK | 8/15/2014 | 9/13/2017 | 10.2 | 10/17/2024 |
| 3 D | MK | 8/18/2014 | 2/22/2017 | 10.2 | 10/17/2024 |

| | | | | | |
|---|---|---|---|---|---|
| Lil Jerry | MK | 8/19/2014 | 2/22/2017 | 10.2 | 10/17/2024 |
| Cat Daddy | Andrew Cato | 8/25/2014 | 1/8/2019 | 10.2 | 10/17/2024 |
| Trap Boy | MK | 10/24/2014 | 2/22/2017 | 10.0 | 10/17/2024 |
| Batty | Craig Armand | 10/28/2014 | 6/1/2017 | 10.0 | 10/17/2024 |
| F | David Andrews | 11/11/2014 | 12/16/2014 | 9.9 | 10/17/2024 |
| Mad Cro | Jose Serrano Rivera | 11/24/2014 | 3/28/2022 | 9.9 | 10/17/2024 |
| Deez Nut | Andrew Cato | 12/19/2014 | 12/4/2015 | 9.8 | 10/17/2024 |
| Heisenberg | Hellz Comin Knls | 2/4/2015 | 3/5/2015 | 9.7 | 10/17/2024 |
| Headache | MK | 2/12/2015 | 1/8/2019 | 9.7 | 10/17/2024 |
| G | Brandon K Sherman | 2/12/2015 | 6/4/2015 | 9.7 | 10/17/2024 |
| Black Diamond | Brandon K Sherman | 2/12/2015 | 6/4/2015 | 9.7 | 10/17/2024 |
| Jihad | MK | 3/3/2015 | 1/8/2019 | 9.6 | 10/17/2024 |
| Gema Teller | Shawn E Cannon | 4/8/2015 | 8/19/2022 | 9.5 | 10/17/2024 |
| Jackie | Steve Williams | 4/29/2015 | 6/12/2018 | 9.5 | 10/17/2024 |
| Jackie | Steve Williams | 4/29/2015 | 1/26/2016 | 9.5 | 10/17/2024 |
| Action Alley | Michael MC Hardie | 5/1/2015 | 4/4/2016 | 9.5 | 10/17/2024 |
| Camacho | Lawrence Freeman | 5/4/2015 | 1/11/2016 | 9.5 | 10/17/2024 |
| Cuda Gold | MK | 6/28/2015 | 2/16/2017 | 9.3 | 10/17/2024 |
| Cody | Vaugh Young | 7/18/2015 | 8/17/2015 | 9.3 | 10/17/2024 |
| B | Earl Waller | 7/26/2015 | 9/2/2015 | 9.2 | 10/17/2024 |
| Zuni | Pit Island Knls | 8/21/2015 | 11/6/2020 | 9.2 | 10/17/2024 |
| Fatty Patty | Zoeller's Indian Knls | 10/27/2015 | 6/10/2024 | 9.0 | 10/17/2024 |
| Kyrie | MK | 11/22/2015 | 12/20/2023 | 8.9 | 10/17/2024 |
| Annie | Sean Stanley | 12/3/2015 | 1/28/2021 | 8.9 | 10/17/2024 |
| Cierra | Shawn E Cannon | 12/22/2015 | 4/17/2018 | 8.8 | 10/17/2024 |
| Bad Dreamz | Eric Bell | 12/31/2015 | 9/17/2020 | 8.8 | 10/17/2024 |
| Bad Dreamz | Eric Bell | 12/31/2015 | 2/25/2019 | 8.8 | 10/17/2024 |
| Savanah | MK | 1/13/2016 | 1/28/2021 | 8.8 | 10/17/2024 |
| Dexter | MK | 6/14/2016 | 9/17/2020 | 8.3 | 10/17/2024 |
| Hot Stuff | Ark-La Combine | 7/31/2016 | 9/10/2016 | 8.2 | 10/17/2024 |
| Tyrant | Michael Tucker | 8/22/2016 | 6/28/2017 | 8.2 | 10/17/2024 |
| Jinxy | MK | 10/12/2016 | 3/27/2017 | 8.0 | 10/17/2024 |
| Cleopatra | Michael MC Hardie | 12/24/2016 | 3/11/2020 | 7.8 | 10/17/2024 |

| | | | | | |
|---|---|---|---|---|---|
| Cleopatra | Michael MC Hardie | 12/24/2016 | 4/20/2017 | 7.8 | 10/17/2024 |
| Cain | Michael MC Hardie | 12/24/2016 | 4/20/2017 | 7.8 | 10/17/2024 |
| Game Changer | Chris Moore | 1/30/2017 | 4/7/2017 | 7.7 | 10/17/2024 |
| A | Michael MC Hardie | 2/9/2017 | 9/7/2017 | 7.7 | 10/17/2024 |
| Jack Off | Michael MC Hardie | 2/23/2017 | 2/18/2018 | 7.7 | 10/17/2024 |
| B | Michael MC Hardie | 2/23/2017 | 4/20/2017 | 7.7 | 10/17/2024 |
| Miss Seattle | Tom Garner | 2/28/2017 | 11/19/2020 | 7.6 | 10/17/2024 |
| Lady Drama | Only the Best Knls | 4/21/2017 | 2/21/2018 | 7.5 | 10/17/2024 |
| Cersei | Ohio State Bulldogs | 5/10/2017 | 9/14/2020 | 7.4 | 10/17/2024 |
| Bear Bryant | Michael MC Hardie | 6/29/2017 | 6/1/2023 | 7.3 | 10/17/2024 |
| F | Michael MC Hardie | 6/29/2017 | 9/6/2017 | 7.3 | 10/17/2024 |
| Lil Boy | Michael MC Hardie | 7/1/2017 | 3/11/2020 | 7.3 | 10/17/2024 |
| Jelousy | Michael MC Hardie | 7/1/2017 | 9/16/2020 | 7.3 | 10/17/2024 |
| Jealousy | Michael MC Hardie | 7/1/2017 | 9/1/2017 | 7.3 | 10/17/2024 |
| B | Michael MC Hardie | 7/1/2017 | 9/1/2017 | 7.3 | 10/17/2024 |
| D | Brandon K Sherman | 7/17/2017 | 8/10/2017 | 7.3 | 10/17/2024 |
| Miss Seattle | Tom Garner | 12/28/2017 | 2/25/2019 | 6.8 | 10/17/2024 |
| Chrissy | Arthur Blackburn | 1/17/2018 | 10/12/2023 | 6.8 | 10/17/2024 |
| Cherry | Buck City Knl | 3/18/2018 | 7/3/2018 | 6.6 | 10/17/2024 |
| Super Peach | Robert J Smith | 5/19/2018 | 3/25/2019 | 6.4 | 10/17/2024 |
| Superman | MK | 7/19/2018 | 3/28/2022 | 6.3 | 10/17/2024 |
| Super Woman | MK | 7/19/2018 | 3/28/2022 | 6.3 | 10/17/2024 |
| Andie Capp | Sean Stanley | 8/20/2018 | 2/21/2019 | 6.2 | 10/17/2024 |
| Night Night | MK | 8/30/2018 | 5/9/2024 | 6.1 | 10/17/2024 |
| Hitman | Malcom Hunt | 9/12/2018 | 2/10/2021 | 6.1 | 10/17/2024 |
| Cardi B | Brandon K Sherman | 10/22/2018 | 11/19/2018 | 6.0 | 10/17/2024 |
| Dark Berry | MK | 12/5/2018 | 3/28/2022 | 5.9 | 10/17/2024 |
| Chuck Berry | MK | 12/5/2018 | 3/28/2022 | 5.9 | 10/17/2024 |
| Tik Tok | MK | 4/4/2019 | 4/11/2022 | 5.5 | 10/17/2024 |
| Fanatic | MK | 5/6/2019 | 6/22/2022 | 5.5 | 10/17/2024 |
| Kodak | MK | 5/16/2019 | 3/28/2022 | 5.4 | 10/17/2024 |
| Zion | MK | 6/8/2019 | 6/28/2022 | 5.4 | 10/17/2024 |
| Minnie | Randy Fox | 6/9/2019 | 8/2/2019 | 5.4 | 10/17/2024 |

| | | | | | |
|---|---|---|---|---|---|
| Atom | Pit Island | 6/20/2019 | 12/10/2021 | 5.3 | 10/17/2024 |
| Atom | Pit Island Knls | 6/20/2019 | 8/26/2019 | 5.3 | 10/17/2024 |
| Annie II | Cane Valley Kennels | 8/5/2019 | 8/31/2021 | 5.2 | 10/17/2024 |
| Calypso | Danny Clancy | 11/16/2019 | 4/1/2020 | 4.9 | 10/17/2024 |
| Rocky II | MK | 9/18/2020 | 6/8/2021 | 4.1 | 10/17/2024 |
| El Senor | MK | 9/29/2020 | 6/8/2021 | 4.1 | 10/17/2024 |
| Tonka Bear | Rodger Crabb | 10/3/2020 | 3/29/2022 | 4.0 | 10/17/2024 |
| Mama There go Dat Man | Albert Ramirez | 10/20/2020 | 1/21/2021 | 4.0 | 10/17/2024 |
| Tinkerbell | Kinberly Dillavou | 10/23/2020 | 12/4/2020 | 4.0 | 10/17/2024 |
| Hood Rat | Charles West | 11/4/2020 | 2/16/2021 | 4.0 | 10/17/2024 |
| Yola | Christopher Fleming | 5/22/2021 | 6/1/2023 | 3.4 | 10/17/2024 |
| Roscoe | Michael Benjamin | 8/6/2021 | 9/25/2021 | 3.2 | 10/17/2024 |
| Ms Lac | Kyle Nims | 9/10/2021 | 1/25/2022 | 3.1 | 10/17/2024 |
| Penny | MK | 10/31/2021 | 3/29/2022 | 3.0 | 10/17/2024 |
| E | Alex Cordero | 4/1/2022 | 5/23/2022 | 2.5 | 10/17/2024 |
| B | Kevin Eldridge | 8/21/2022 | 11/7/2022 | 2.2 | 10/17/2024 |
| Macy | Micahel Tucker | 11/17/2022 | 3/30/2023 | 1.9 | 10/17/2024 |
| D | Nations Best Kennels | 8/1/2023 | 9/27/2023 | 1.2 | 10/17/2024 |
| A | Trin Suttles | 9/29/2023 | 11/20/2023 | 1.1 | 10/17/2024 |
| B | Trin Suttles | 9/29/2023 | 11/20/2023 | 1.1 | 10/17/2024 |
| B | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| F | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| G | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| D | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| E | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| A | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| C | MK | 1/18/2024 | 2/26/2024 | 0.7 | 10/17/2024 |
| DJ | Atomic Dog Kennels | UNK | 5/17/2016 | #VALUE! | 10/17/2024 |
| Mr. Sanchez | MK | UNK | 1/8/2019 | #VALUE! | 10/17/2024 |

| | |
|---|---|
| Dogs 10+ | 89 |
| Dogs 6-9 | 52 |
| Dogs 3-5 | 20 |
| Dogs 1-2 | 6 |
| Dogs <1 | 7 |
| Unknown | 2 |
| | |
| # Dogs Likely Not Present | 125 |

**Bates Numbers:**

MK_0028505 through MK_0028544
MK_0007705
MK_0007706
MK_0007711
MK_0007717
MK_0007720
MK_0007721
MK_0007786
MK_0007839
MK_0007840
MK_0007766
MK_0028769
MK_0028815
MK_0028855
MK_0028630
MK_0028664
MK_0028700
MK_0028736

These are all of the registration certificates in green and the ones above are some of the paper pedigrees.