# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit I to Govt.'s Mot. for Upward Variance

| | Seized Dogs | | |
|---|---|---|---|
| USMS # | | Approx Age | Bates # |
| | 1784 | 8 | MK_0007480 |
| | 1843 | 8 | MK_0007585 |
| | 1890 | 8 | |
| | 1918 | 8 | |
| | 1926 | 8 | |
| | 1785 | 7 | MK_0007483 |
| | 1796 | 7 | MK_0007513 |
| | 1834 | 7 | MK_0007561 |
| | 1846 | 7 | MK_0007594 |
| | 1742 | 6 | MK_0007384 |
| | 1762 | 6 | MK_0007429 |
| | 1765 | 6 | |
| | 1825 | 6 | MK_0007549 |
| | 1895 | 6 | |
| | 1908 | 6 | MK_0007660 |
| | 1916 | 6 | |
| | 1763 | 5 | MK_0007432 |
| | 1791 | 5 | |
| | 1793 | 5 | MK_0007504 |
| | 1878 | 5 | |
| | 1910 | 5 | MK_0007666 |
| | 1744 | 4 | MK_0007387 |
| | 1778 | 4 | |
| | 1790 | 4 | MK_0007498 |
| | 1802 | 4 | MK_0007528 |
| | 1806 | 4 | |
| | 1807 | 4 | MK_0007540 |
| | 1809 | 4 | MK_0007543 |
| | 1810 | 4 | |
| | 1814 | 4 | |
| | 1817 | 4 | |
| | 1818 | 4 | |
| | 1821 | 4 | |
| | 1827 | 4 | |
| | 1828 | 4 | |
| | 1833 | 4 | |
| | 1845 | 4 | MK_0007591 |
| | 1847 | 4 | |
| | 1856 | 4 | |
| | 1872 | 4 | MK_0007627 |
| | 1874 | 4 | |
| | 1879 | 4 | |

| | |
|---|---|
| Dogs over 5 | 16 |
| Dogs 3-5 | 69 |
| Dogs 1-2 | 74 |
| Dogs <1 | 25 |
| Unknown | 6 |

| | | |
|---|---|---|
| 1887 | 4 | |
| 1888 | 4 | |
| 1891 | 4 | |
| 1899 | 4 | MK_0007645 |
| 1900 | 4 | MK_0007648 |
| 1902 | 4 | MK_0007654 |
| 1904 | 4 | MK_0007657 |
| 1912 | 4 | MK_0007672 |
| 1915 | 4 | |
| 1919 | 4 | |
| 1929 | 4 | |
| 1743 | 3 | |
| 1745 | 3 | |
| 1746 | 3 | MK_0007390 |
| 1757 | 3 | |
| 1766 | 3 | |
| 1775 | 3 | MK_0007459 |
| 1779 | 3 | MK_0007468 |
| 1789 | 3 | MK_0007495 |
| 1795 | 3 | MK_0007510 |
| 1804 | 3 | MK_0007534 |
| 1811 | 3 | |
| 1813 | 3 | |
| 1820 | 3 | |
| 1822 | 3 | |
| 1826 | 3 | |
| 1842 | 3 | MK_0007582 |
| 1870 | 3 | MK_0007624 |
| 1873 | 3 | |
| 1876 | 3 | |
| 1881 | 3 | |
| 1883 | 3 | |
| 1884 | 3 | |
| 1885 | 3 | |
| 1893 | 3 | MK_0007630 |
| 1894 | 3 | MK_0007633 |
| 1903 | 3 | |
| 1911 | 3 | MK_0007669 |
| 1913 | 3 | |
| 1922 | 3 | |
| 1923 | 3 | |
| 1925 | 3 | |
| 1930 | 3 | |
| 1747 | 2 | MK_0007393 |

| | | |
|---|---|---|
| 1754 | 2 | MK_0007411 |
| 1761 | 2 | |
| 1764 | 2 | MK_0007435 |
| 1777 | 2 | MK_0007465 |
| 1780 | 2 | MK_0007471 |
| 1788 | 2 | MK_0007492 |
| 1794 | 2 | MK_0007507 |
| 1797 | 2 | MK_0007516 |
| 1798 | 2 | MK_0007519 |
| 1800 | 2 | MK_0007522 |
| 1801 | 2 | MK_0007525 |
| 1803 | 2 | MK_0007531 |
| 1805 | 2 | MK_0007537 |
| 1808 | 2 | |
| 1816 | 2 | |
| 1819 | 2 | MK_0007546 |
| 1823 | 2 | |
| 1831 | 2 | MK_0007555 |
| 1832 | 2 | MK_0007558 |
| 1836 | 2 | |
| 1855 | 2 | MK_0007615 |
| 1865 | 2 | |
| 1875 | 2 | |
| 1877 | 2 | |
| 1880 | 2 | |
| 1882 | 2 | |
| 1886 | 2 | |
| 1896 | 2 | MK_0007636 |
| 1897 | 2 | MK_0007639 |
| 1901 | 2 | MK_0007651 |
| 1905 | 2 | |
| 1928 | 2 | |
| 1749 | 1 | MK_0007396 |
| 1750 | 1 | MK_0007399 |
| 1751 | 1 | MK_0007402 |
| 1752 | 1 | MK_0007405 |
| 1753 | 1 | MK_0007408 |
| 1755 | 1 | MK_0007414 |
| 1756 | 1 | MK_0007417 |
| 1758 | 1 | MK_0007420 |
| 1759 | 1 | MK_0007423 |
| 1760 | 1 | MK_0007426 |
| 1767 | 1 | |
| 1768 | 1 | MK_0007438 |

| | | |
|---|---|---|
| 1774 | 1 | MK_0007456 |
| 1776 | 1 | MK_0007462 |
| 1781 | 1 | |
| 1783 | 1 | MK_0007477 |
| 1787 | 1 | MK_0007489 |
| 1792 | 1 | MK_0007501 |
| 1799 | 1 | |
| 1812 | 1 | |
| 1824 | 1 | |
| 1830 | 1 | MK_0007552 |
| 1835 | 1 | MK_0007564 |
| 1837 | 1 | MK_0007567 |
| 1838 | 1 | MK_0007570 |
| 1839 | 1 | MK_0007573 |
| 1840 | 1 | MK_0007576 |
| 1841 | 1 | MK_0007579 |
| 1844 | 1 | MK_0007588 |
| 1871 | 1 | |
| 1898 | 1 | MK_0007642 |
| 1906 | 1 | |
| 1907 | 1 | |
| 1909 | 1 | MK_0007663 |
| 1914 | 1 | |
| 1917 | 1 | |
| 1920 | 1 | |
| 1921 | 1 | |
| 1924 | 1 | |
| 1927 | 1 | |
| 1931 | 1 | |
| 1769 | 0.5 | MK_0007441 |
| 1770 | 0.5 | MK_0007444 |
| 1772 | 0.5 | MK_0007450 |
| 1782 | 0.5 | MK_0007474 |
| 1848 | 0.5 | MK_0007597 |
| 1849 | 0.5 | MK_0007600 |
| 1850 | 0.5 | MK_0007603 |
| 1851 | 0.5 | |
| 1861 | 0.5 | |
| 1862 | 0.5 | |
| 1863 | 0.5 | MK_0007618 |
| 1864 | 0.5 | MK_0007621 |
| 1771 | 0.25 | MK_0007447 |
| 1852 | 0.25 | MK_0007606 |
| 1853 | 0.25 | MK_0007609 |

| | | |
|---|---|---|
| 1854 | 0.25 | MK_0007612 |
| 1773 | 0.15 | MK_0007453 |
| 1857 | 0.15 | |
| 1858 | 0.15 | |
| 1859 | 0.15 | |
| 1860 | 0.15 | |
| 1866 | 0.15 | |
| 1867 | 0.15 | |
| 1868 | 0.15 | |
| 1869 | 0.15 | |
| 1748 | | |
| 1786 | | MK_0007486 |
| 1815 | | |
| 1829 | | |
| 1889 | | |
| 1892 | | |