*United States v. LeShon Johnson*,
6:25-cr-12-JFH

Exhibit J to Govt.'s Mot. for Upward Variance

**Puppies Sold based on CashApp Totals**

| Number of Puppies | Purchased By | Total Puppies |
|---|---|---|
| 2 | @EPIC$ $EPIC$ | 180 |
| 1 | 39 Kennel | |
| 2 | Alexander Cordero | |
| 1 | Alexander Sanders | |
| 2 | Amarri | |
| 1 | Amber Cosey | |
| 1 | Andrew | |
| 1 | Anthony Blanco | |
| 1 | Antouin | |
| 1 | Ayala | |
| 1 | Ayanna Jones | |
| 10 | Big D | |
| 1 | Braelen | |
| 1 | Brian Norris | |
| 1 | Brittz Baptiste | |
| 1 | Bruce Lowe | |
| 1 | Bulldog | |
| 5 | Calvin S. Murphy | |
| 1 | Candice | |
| 1 | Cannon2x | |
| 1 | Carlos Mancil | |
| 2 | Cash Diddy Kennel | |
| 2 | Casha | |
| 1 | Cedric Turner | |
| 1 | Chalmers Gillin | |
| 3 | Chamberlin Guthrie | |
| 1 | Charlescwest | |
| 1 | Che Gee | |
| 4 | Chestnut | |
| 1 | Corey Ivy | |
| 2 | Corey Griffin | |
| 1 | Crawford James | |
| 2 | Dameion Hedgepeth | |
| 1 | Dan Rutledge | |
| 1 | Dancy | |
| 1 | Darryl Bryant | |
| 2 | Deangelo | |
| 2 | De'Antre Jackson | |
| 1 | Debria Rogers | |
| 1 | Derrick Carr | |
| 1 | Don P | |
| 1 | dondada | |

| | |
|---|---|
| 1 | Dustin Johnson |
| 1 | Eboney Finn |
| 1 | Emmanuel |
| 1 | Ennis Lungs |
| 1 | flspromo |
| 1 | Freeway Boo |
| 1 | Hank Wilson |
| 2 | Hard Body |
| 2 | Hsb Chris |
| 1 | Hubert Williams |
| 1 | Hybred Kennels |
| 2 | J L |
| 1 | Jam Master |
| 6 | Jason Johnson |
| 3 | Jason Middleton |
| 3 | Jay Humes |
| 2 | Jay Patrick |
| 1 | JBZY334 |
| 1 | Jesse Stafford |
| 1 | Jessica Griffith |
| 1 | Jesus |
| 1 | Joey Thomas |
| 1 | John |
| 1 | Keithwilliams |
| 2 | Kendra |
| 1 | Kenneth Speller |
| 2 | Kristin Harmason |
| 1 | Lamont |
| 1 | Larry Hudson |
| 1 | Maliek |
| 1 | Mally Mall |
| 1 | Markita Watson |
| 1 | Marvin Murray |
| 2 | Michael Riveron |
| 1 | Mildred Barber |
| 1 | Monique |
| 1 | Mr. FBK |
| 1 | Nathaniel Groves |
| 2 | Newton Arnold |
| 1 | Nunii |
| 2 | Osirus Shabazz |
| 1 | Preston Gillen |
| 5 | Quincy |
| 4 | Quinton Butler |

| | |
|---|---|
| 1 | Ratchet8732 |
| 1 | Roderick |
| 1 | Rodrekis Jabore Thompson |
| 2 | Roshene Mills |
| 2 | Russ Robinson |
| 1 | Ryan Aggers |
| 1 | saryna Carpenter |
| 1 | Sharhe Clark |
| 5 | Shawn |
| 3 | Shuntory Ollie |
| 1 | Slick rick |
| 5 | Stacy Rutledge |
| 2 | Thomas Fisher |
| 1 | Timother Carter |
| 2 | Toni |
| 1 | Tonyhall |
| 1 | Top |
| 2 | Trevor Toney |
| 2 | Tyga Davis |
| 1 | Victor Lucero |
| 1 | William |
| 4 | William Bush |
| 1 | Wyatt |

**Breedings Mentioned**

Alpo x Amelia
Odawg x Boomer
Chappo x Locka
Hogg x Juice
Odawg x Ebony
Bootstomper x Rosemary
Mayweather x Sandy
Alpo x Girlfriend
Alpo x Lady Drama
Alpo x Miss Cuervo
Hogg x Envious
Alpo x Lil Dee
Gust x Negra
Hogg x Hillary
Hogg x Ices
Trapboy x Lil Dee
Veneno x Hanna
King Chappo x Miss Cuervo
Hogg x Camila
Keystone x Alicia
3D x Vicky
Sam x Roxie
Whiskey x Black China
Mayweather x Sierra
Mayweather x Madonna
Lil Joe x Madayshia
Camocha x Rosemary
Alpo x Diamond
Gus x Dollie
Hogg x Sangre
Bermuda x Rhinestone
Alpo x Envious
Boot stomper x shirly
Eli x Carver
Boot stomper x sundown
Hogg x Lil Annie
Serbia x Whiskey
Macho Sam x Diva Day
Alpo x Drama
Alpo x Hillary
Warpony x Envious
Kodak x Bleaujean

Nite Time x M&M
Trapboy x Lil Bit
3D x Lil Bit
Warpony x Dollie
Hogg x Locka
Zorro x Fantasia
3D x Spooky
Bootstomper x Maryrose
Luca x Lil Dee
Zorro x Galetto