# *United States v. LeShon Johnson*, 6:25-cr-12-JFH

# Exhibit K to Govt.'s Mot. for Upward Variance

**Online Pedigrees**

| Dog | Bates Number | Date Posted or DOB | Last Updated | # Named Offspring | # Breedings Listed (approx) |
|---|---|---|---|---|---|
| MK Luca Brasi | | 6/10/2016 | 5/12/2025 | 94 | 42 |
| MK Tik Tok | MK_0033549 | 12/20/2024 | 12/21/2024 | 75 | 38 |
| MK King Crassus | | 3/14/2015 | 2/28/2024 | 18 | 14 |
| MK DJ | | 12/24/2014 | 11/22/2023 | 44 | 32 |
| MK Dart | MK_0033551 and MK_0033597 | 12/12/2015 | 9/27/2023 | 22 | 9 |
| MK Eminem | MK_0033590 and MK_0033599 | 8/5/2016 | 9/27/2023 | 37 | 27 |
| MK Zorro | MK_0033588 and MK_0033603 | 9/7/2017 | 9/27/2023 | 28 | 16 |
| MK Fanatic | | 2/12/2020 | 1/25/2023 | 35 | 23 |
| MK Mayweather POR | | 2/21/2014 | 1/6/2022 | 105 | 58 |
| MK Lil Lucas | | 2/16/2017 | 9/12/2021 | 44 | 21 |
| MK Boot Stomper | | 1/1/2020 | 8/15/2021 | 63 | 28 |
| MK Keystone | | 4/7/2017 | 5/18/2021 | 60 | 34 |
| MK War Pony POR | MK_0033592 and MK_0033601 | 11/27/2012 | 9/1/2020 | 95 | 38 |
| MK Sanchez | MK_0033596 and MK_0033613 | 6/6/2010 | 7/23/2020 | 115 | 52 |
| Hogg | MK_0033582 and MK_0033608 | 7/13/2019 | 1/5/2020 | 115 | 65 |
| MK Back Doe Lil Joe | | 6/1/2014 | 5/28/2019 | 55 | 33 |
| MK Screamin Demon ROM | | 12/7/2010 | 4/29/2019 | 122 | 50 |
| MK Haunchday JR | | 3/10/2018 | 3/10/2018 | 22 | 18 |
| MK Truck Driver | | 3/10/2014 | 1/6/2018 | 33 | 18 |
| MK Lil Luther | MK_0033584 | 4/26/2007 | 10/4/2017 | 133 | 61 |
| MK Jack Off | | 8/29/2017 | 8/29/2017 | 22 | 10 |
| MK Pretty Boy Floyd | | 3/23/2013 | 6/4/2017 | 42 | 29 |
| MK Grizzly | | 4/26/2017 | 6/4/2017 | 47 | 34 |
| MK Lil Jerry | | 12/21/2014 | 10/1/2016 | 30 | 14 |
| MK Texas | | 4/26/2013 | 7/13/2016 | 25 | 17 |
| MK Trap Boy | | 8/1/2015 | 7/4/2016 | 52 | 26 |
| MK Stanky Leg | | 1/22/2010 | 2/4/2015 | 78 | 39 |
| MK Lynch POR | | 8/20/2004 | 12/8/2014 | 58 | 22 |
| MK Piru | | 6/8/2014 | 6/8/2014 | 58 | 32 |

| | | | | | |
|---|---|---|---|---|---|
| MK Stoneman | | 3/28/2006 | 5/10/2014 | 61 | 26 |
| MK Piedra | | 6/11/2012 | 5/10/2014 | 26 | 21 |
| MK Veneno | | 4/9/2014 | 5/10/2014 | 55 | 29 |
| MK Ice Cube | | 12/15/2007 | 5/12/2013 | 29 | 22 |
| King Alpo | MK_0033580 and MK_0033606 | 8/23/2015 | 1/25/2019 | 67 | 30 |
| MK Turned Up | | 7/15/2015 | 3/13/2017 | 35 | 26 |
| King Chappo | | 12/3/2015 | 5/11/2017 | 31 | 16 |
| MK Sniper | | 10/25/2012 | 1/19/2015 | 31 | 18 |
| MK Gust | | 5/25/2020 | 5/27/2020 | 21 | 9 |
| | | | **Total** | **2083** | **1097** |

**Total Potential # puppies**

| **Low end** | **High end** |
|---|---|
| 3291 | 5485 |

**Note:** The average # of puppies in a litter is 3-5 but can be as large as 10. These numbers are taken by multiplying the total number of breedings by 3 and 5 to represent an average number of potential puppies born